

# Equal Vote America



## Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, _Maggie Kong_ (print your full name) residing at the following address,

_208-07 Estates Dr 1FL Bayside NY 11360_ (print your full address),

hereby declare that:

1. I am an eligible voter residing at the above address.
   我是居住在上述地址的登记选民。

2. I would like to become one of the plaintiffs to the Lawsuit against Congress filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-311).
   我自愿成为起诉国会的原告之一，在美国纽约南区地方法院的案例编号是 1:19-cv-311。

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.
   我了解我的名字将按照 Equal Vote America Corp.收到的顺序添加到原告名单中。

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation at the House of Representatives for all Americans of all states according to the Constitution Article I § 2.
   我了解 Equal Voter America Corp.将代表所有个人原告，包括我自己，参与此诉讼，其唯一目的是根据宪法第 1 章第 2 款在众议院为所有州的所有美国人实现平等代表权。

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.
   我了解原告名单将成为联邦法院记录的一部分，成为公众可以查询的信息。

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.
   我理解本案没有任何经济赔偿，我也不会被要求就此诉讼支付任何法律费用。

Signature: _____     Date: _1/31/2019_

### Instructions to Affiant:

1. Complete, sign and date the above affidavit.
2. Scan and send this completed affidavit to equalvoteamerica@gmail.com



# Equal Vote America

## Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, _YUFA SONG_ (print your full name) residing at the following address,

_1118 Sugar Maple Ln, VA 20170_ (print your full address), hereby declare that:

1. I am an eligible voter residing at the above address.

2. I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation at the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation at the House of Representatives for all Americans of all states according to Article I § 2 and Amend. XIV § 2.

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

Signature: _[signature]_    Date: _1/20/19_

**Instructions to Affiant:**

1. Complete, sign and date the above affidavit.
2. Scan and send this completed affidavit to equalvoteamerica@gmail.com

P.O. Box 286705, New York, NY 10128 | (646)694-2830 | equalvoteamerica@gmail.com | http://equalvoteamerica.org
EqualVoteAmerica@EqualVoteUSA | https://www.facebook.com/groups/EqualVoteAmerica


# Equal Vote America


## Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, _Shirley Huang_ (print your full name) residing at the following address,

_47 Mott St. #35, NY, NY 10013_ (print your full address),

hereby declare that:

1. I am an eligible voter residing at the above address.
   我是居住在上述地址的登记选民。

2. I would like to become one of the plaintiffs to the Lawsuit against Congress filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-311).
   我自愿成为起诉国会的原告之一，在美国纽约南区地方法院的案例编号是 1:19-cv-311。

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.
   我了解我的名字将按照 Equal Vote America Corp.收到的顺序添加到原告名单中。

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation at the House of Representatives for all Americans of all states according to the Constitution Article I § 2.
   我了解 Equal Voter America Corp.将代表所有个人原告，包括我自己，参与此诉讼，其唯一目的是根据宪法第 1 章第 2 款在众议院为所有州的所有美国人实现平等代表权。

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.
   我了解原告名单将成为联邦法院记录的一部分，成为公众可以查询的信息。

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.
   我理解本案没有任何经济赔偿，我也不会被要求就此诉讼支付任何法律费用。

Signature: _[signature]_    Date: _1/30/2019_

**Instructions to Affiant:**

1. Complete, sign and date the above affidavit.
2. Scan and send this completed affidavit to equalvoteamerica@gmail.com



## Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, _Wei Tang Zhang_ (print your full name) residing at the following address,

_6924 Narrows Ave Brooklyn NY 11209_ (print your full address),

hereby declare that:

1. I am an eligible voter residing at the above address.
   我是居住在上述地址的登记选民。

2. I would like to become one of the plaintiffs to the Lawsuit against Congress filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-311).
   我自愿成为起诉国会的原告之一，在美国纽约南区地方法院的案例编号是 1:19-cv-311。

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.
   我了解我的名字将按照 Equal Vote America Corp.收到的顺序添加到原告名单中。

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation at the House of Representatives for all Americans of all states according to the Constitution Article I § 2.
   我了解 Equal Voter America Corp.将代表所有个人原告，包括我自己，参与此诉讼，其唯一目的是根据宪法第 I 章第 2 款在众议院为所有州的所有美国人实现平等代表权。

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.
   我了解原告名单将成为联邦法院记录的一部分，成为公众可以查询的信息。

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.
   我理解本案没有任何经济赔偿，我也不会被要求就此诉讼支付任何法律费用。

Signature: _____     Date: _1/31/2019_

### Instructions to Affiant:

1. Complete, sign and date the above affidavit.
2. Scan and send this completed affidavit to equalvoteamerica@gmail.com

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, __Na Peng__ (print your full name) residing at the following address, __14 Campbell Rd. Kendall Park, NJ  08824__ (print your full address),
hereby declare that:

1. I am an eligible voter residing at the above address.

2. I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation at the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation at the House of Representatives for all Americans of all states according to the Constitution Article I § 2.

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

Signature: _____     Date: __2/2/2019__

## Instructions to Affiant:

1. Complete, sign and date the above affidavit.
2. Scan and send this completed affidavit to equalvoteamerica@gmail.com

 
## Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1. I am an eligible voter residing at the address below.

2. I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311). The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.


A. Affiant's Full Name (same as your voter registration)
   Bin Zhang

B. Affiant's Address (same as your voter registration)
   11 Gavins Pond Rd, Sharon MA 02067

C. Affiant's Email Address
   wolverinebz@yahoo.com

D. Today's Date
   2019/02/13 2:34:09 PM AST

 

# Equal Vote America Corp.

## Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1. I am an eligible voter residing at the address below.

2. I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311). The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.


A. Affiant's Full Name (same as your voter registration)
   Fan Jiao

B. Affiant's Address (same as your voter registration)
   21438 Krzich Place, Cupertino, CA 95014

C. Affiant's Email Address
   jiaofan@gmail.com

D. Today's Date
   2019/02/13 5:04:26 PM AST

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.   I am an eligible voter residing at the address below.

2.   I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.   I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.   I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.   I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.   I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Qing Zeng

## Affiant's Address (same as your voter registration) *

1709 W Schunior St. Apt811 Edinburg TX 78541

## Affiant's Email Address *

qzeng815@yahoo.com

Today's Date *

MM    DD    YYYY

02 / 17 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.   I am an eligible voter residing at the address below.

2.   I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.   I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.   I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.   I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.   I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Weinian Luo

## Affiant's Address (same as your voter registration) *

210-18 69 Ave. Oakland Gardens, NY 11364

## Affiant's Email Address *

minellc@gmail.com

Today's Date *

MM    DD    YYYY

02 / 22 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.   I am an eligible voter residing at the address below.

2.   I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.   I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.   I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.   I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.   I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Peter Kaplan

## Affiant's Address (same as your voter registration) *

3439 McKean Avenue, Saint Louis, Missouri  63118

## Affiant's Email Address *

pk.obama@gmail.com

Today's Date *

MM    DD    YYYY

02 / 23 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1. I am an eligible voter residing at the address below.

2. I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Matthew Aaron Hartzell

## Affiant's Address (same as your voter registration) *

38 Loma Vista Ave Larkspur CA 94939

## Affiant's Email Address *

californianmatt@yahoo.com

Today's Date *

MM    DD    YYYY

03 / 01 / 2019

---

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.  I am an eligible voter residing at the address below.

2.  I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.  I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.  I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.  I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.  I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Bing Bonnie Liao

## Affiant's Address (same as your voter registration) *

504 Bergen Street, Lawrencevill, NJ 08648

## Affiant's Email Address *

equalrep@betterlivin.com

## Today's Date *

MM   DD   YYYY

03 / 11 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.   I am an eligible voter residing at the address below.

2.   I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.   I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.   I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.   I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.   I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Living An

## Affiant's Address (same as your voter registration) *

363 wendover Dr. Princeton NJ 08540

## Affiant's Email Address *

anliping@yahoo.com

## Today's Date *

MM    DD    YYYY

03 / 11 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.   I am an eligible voter residing at the address below.

2.   I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.   I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.   I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.   I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.   I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Jason Wu

## Affiant's Address (same as your voter registration) *

87 Thoreau Drive, Plainsboro, NJ 08536

## Affiant's Email Address *

Jasonwu54@gmail.com

Today's Date *

MM    DD    YYYY

03 / 17 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.   I am an eligible voter residing at the address below.

2.   I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.   I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.   I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.   I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.   I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.


## Affiant's Full Name (same as your voter registration) *

Kevin Patrick Maher


## Affiant's Address (same as your voter registration) *

420 Marion ct, Springfield, TN 37172


## Affiant's Email Address *

oldjarhead59@yahoo.com

Today's Date *

MM   DD   YYYY

03 / 19 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1. I am an eligible voter residing at the address below.

2. I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Lee Baldwin Jolliffe

## Affiant's Address (same as your voter registration) *

4049 Cottage Grove Av, DM, IA 50311

## Affiant's Email Address *

ProfLeeJolliffe@gmail.com

Today's Date *

MM   DD   YYYY

03 / 19 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.   I am an eligible voter residing at the address below.

2.   I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.   I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.   I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.   I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.   I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.


## Affiant's Full Name (same as your voter registration) *

Lee Baldwin Jolliffe


## Affiant's Address (same as your voter registration) *

4049 Cottage Grove Av, DM, IA 50311


## Affiant's Email Address *

ProfLeeJolliffe@gmail.com

Today's Date *

MM   DD   YYYY

03 / 19 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.   I am an eligible voter residing at the address below.

2.   I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.   I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.   I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.   I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.   I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Mary Brewer

## Affiant's Address (same as your voter registration) *

225 SE 126th Ave

## Affiant's Email Address *

Cathybrewer@yahoo.com

Today's Date *

MM    DD    YYYY

03 / 19 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.  I am an eligible voter residing at the address below.

2.  I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.  I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.  I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.  I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.  I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Mary Brewer

## Affiant's Address (same as your voter registration) *

225 SE 126th Ave

## Affiant's Email Address *

Cathybrewer@yahoo.com

Today's Date *

MM    DD    YYYY

03 / 19 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.  I am an eligible voter residing at the address below.

2.  I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.  I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.  I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.  I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.  I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Rene Mallett Hales

## Affiant's Address (same as your voter registration) *

3072 Roundway Down Lane Lexington, KY 40509

## Affiant's Email Address *

Rene@qx.net

Today's Date *

MM    DD    YYYY

03 / 19 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.  I am an eligible voter residing at the address below.

2.  I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.  I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.  I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.  I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.  I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Sarah Hall

## Affiant's Address (same as your voter registration) *

1393 Stevens Rd

## Affiant's Email Address *

Sjhall121@gmail.com

Today's Date *

MM   DD   YYYY
03 / 20 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.    I am an eligible voter residing at the address below.

2.    I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.    I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.    I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.    I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.    I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Stephen Y. Wu

## Affiant's Address (same as your voter registration) *

695 W Mulberry Dr, Chandler, AZ, 85286

## Affiant's Email Address *

Wus99@yahoo.com

Today's Date <span style="color:red">*</span>

MM   DD   YYYY

03 / 22 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.　I am an eligible voter residing at the address below.

2.　I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.　I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.　I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.　I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.　I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Hongfei Li

## Affiant's Address (same as your voter registration) *

3853 Elgin Drive, Plano, TX, 75025

## Affiant's Email Address *

xing68@hotmail.com

Today's Date *

MM    DD    YYYY

04 / 24 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1. I am an eligible voter residing at the address below.

2. I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Ping Pamela Tang

## Affiant's Address (same as your voter registration) *

3985 Chamberer dr, San Jose, CA 95135

## Affiant's Email Address *

pingtang88@gmail.com

Today's Date *

MM    DD    YYYY

04 / 23 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1. I am an eligible voter residing at the address below.

2. I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3. I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4. I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5. I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6. I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Pingyu Zhang

## Affiant's Address (same as your voter registration) *

6415 Jordan Falls dr, Houston TX 77085

## Affiant's Email Address *

Pingyu_zhang@yahoo.com

Today's Date *

MM    DD    YYYY

04 / 24 / 2019

This content is neither created nor endorsed by Google.

Google Forms

# Affidavit to Join the Equal Representation Lawsuit

To: The U.S. District Court for the Southern District of New York

I, the Affiant, hereby declare that:

1.    I am an eligible voter residing at the address below.

2.    I would like to become one of the plaintiffs to the Lawsuit against Congress demanding Equal Representation in the House of Representatives, filed at the U.S. District Court for the Southern District of New York (CASE #: 1:19-cv-00311).
The details of the captioned lawsuit can be found at: http://equalvoteamerica.org/equalrepresentation/

3.    I understand that my name will be added to the list of plaintiffs in the order in which it is received by Equal Vote America Corp.

4.    I understand that Equal Voter America Corp. will represent all individual plaintiffs including myself in this lawsuit with the sole purpose of achieving equal representation in the House of Representatives for all Americans of all states according to the Constitution Article I § 2 and the Fourteenth Amendment § 2.

5.    I understand that the list of plaintiffs will become a part of Court record, and be available to the general public.

6.    I understand that there is NO financial compensation from this case, and I will NOT be asked to make any financial contribution with respect to this lawsuit.

## Affiant's Full Name (same as your voter registration) *

Yiling Peng

## Affiant's Address (same as your voter registration) *

19544 Yuma St., Castro Valley CA 94546

## Affiant's Email Address *

ep@mhacc-usa.org

Today's Date *

MM   DD   YYYY

04 / 24 / 2019

This content is neither created nor endorsed by Google.

Google Forms