GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: STEVEN J. KOCHEVAR
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.:  (212) 637-2715
Fax:  (212) 637-2717
Email: steven.kochevar@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

EQUAL VOTE AMERICA CORP., LEWIS Y. LIU,

                       Plaintiffs,

         -v-

CONGRESS; NANCY PELOSI, in her official capacity as the Speaker of the House of the Representatives; KEVIN MCCARTHY, in his official capacity as the Minority Leader of the House; MITCH McCONNELL, in his official capacity as the Senate Majority Leader; and CHARLES (CHUCK) SCHUMER, in his official capacity as the Senate Minority Leader,

                      Defendants.

------------------------------------------------------------ X

19 Civ. 311 (CM)

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Under Rule 12(b)(1), or, Alternatively, Under Rule 12(b)(6) and Rule 12(b)(2), Defendants Congress, Speaker of the House Nancy Pelosi, House Minority Leader Kevin McCarthy, Senate Majority Leader Mitch McConnell, and Senate Minority Leader Charles Schumer, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing all claims against them under Rules 12(b)(1), (2) (as to defendants

1

Speaker Pelosi, Leader McCarthy, and Leader McConnell), or (6) of the Federal Rules of Civil Procedure.

Dated: June 7, 2019
New York, New York

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:  /s/ Steven J. Kochevar
STEVEN J. KOCHEVAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2715
Fax: (212) 637-2717
E-mail: steven.kochevar@usdoj.gov