UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

EQUAL VOTE AMERICA CORP., LEWIS Y. LIU

                         **Plaintiffs,**       **Case No.: 19-cv-00311 (CM)**

             -against-                  **NOTICE OF MOTION**

CONGRESS;
NANCY PELOSI, in her official capacity
as the Speaker of the House of the Representatives;
KEVIN McCARTHY, in his official capacity as the
Minority Leader of the House;
MITCH McCONNELL, in his official capacity
as the Senate Majority Leader; and
CHARLES SCHUMER, in his official capacity as
the Senate Minority Leader,
                         **Defendants.**

-------------------------------------------------------------------

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of the motion to amend complaint, pursuant to Rule 15(a)(2), Plaintiffs Equal Vote America, Corp., and Lewis Y. LIU, by their attorney, Yuxi Liu, hereby move this Court for leave to file the Second Amended Complaint which adds 223 individuals as Co-plaintiffs to the action.

   **Dated: July 8, 2019**

                                                               **Respectfully submitted,**

                                                                /s/ yuxi liu
                                                              Yu-Xi (Glen) Liu, Esq. (yl3022)
                                                              Attorney for Plaintiffs
                                                              602 39th Street
                                                              Brooklyn, NY 11232
                                                              (347)721-1383