# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

EQUAL VOTE AMERICA CORP., LEWIS Y. LIU    **Case No.: 19-cv-00311**

**Plaintiffs,**

-against-

CONGRESS,
NANCY PELOSI, in her official capacity
as the Speaker of the House of the Representatives;
KEVIN McCARTHY, in his official capacity as the
Minority Leader of the House;
MITCH McCONNELL, in his official capacity
as the Senate Majority Leader; and
CHARLES SCHUMER,
in his official capacity as the Senate Minority Leader,

**Defendants**

-------------------------------------------------------------------

## PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD PARTIES

Plaintiffs EQUAL VOTE AMERICA CORP., and LEWIS Y. LIU respectfully move this honorable Court to amend their complaint to add 223 individuals from 40 states who have willingly joined this civil lawsuit as Co-plaintiffs by signing the online affidavit (Appendix A).

The first Plaintiff is a Not-for-Profit Corporation with the mission of educating the general public on voting rights, and promoting voter participation in the election process without supporting any particular political party or candidate. Lewis Y. LIU, who is a registered voter in the state of New and the lead plaintiff in this action.

On January 11, 2019, Plaintiffs filed a civil lawsuit against Defendants on the ground that the existing apportionment laws are unconstitutional. On February 11, an amended complaint (AC) was filed.

Since this captioned complaint was filed, updates and blogs have been posted on several social media platforms including but not limited to:

- http://equalvoteamerica.org/
- https://www.facebook.com/groups/EqualVoteAmerica/
- https://twitter.com/EqualVoteUSA

In particular, our blogs have attracted a great deal of attention from the general public:

1. Lawsuit for Equal Representation: Initial Conference Held on 04/26/2019
2. Fellow Americans from 28 States Have Joined the Lawsuit to Demand Equal Representation
3. The Factual Basis for the Lawsuit to Demand Equal Representation
4. The Legal Basis for the Lawsuit to Demand Equal Representation
5. A Simple Arithmetical Solution for Equal Representation
6. Fellow Americans from 40 States Have Joined the Lawsuit to Demand Equal Representation

Our updates and blogs included an online affidavit (Appendix A) for readers to complete and join as co-plaintiffs to the captioned lawsuit. Each of the six blogs posted on www.dailykos.com included an online Poll helps us track the viewership. The six poll results are attached on Appendix B. The reaction from around the country has been phenomenal. To date, 223 individuals from all 40 States, have voluntarily and willingly joined in this action by signing the online affidavit.

The Second Amended Complaint is enclosed as exhibit.

The state-by-state breakdown of the 223 co-plaintiffs is listed from Page 3 to Page 7 follows.

| Index | State | Affiant's Full Name (same as your voter registration) | Affiant's Street Address, City, State & Zipcode |
|---|---|---|---|
| 1 | AK | Ward E person | 73890 Seabury Road, Anchor Point, Ak |
| 2 | AL | A Louis Toledo | 508 Rives Mill Loop Deatsville Alabama 36022 |
| 3 | AL | Brian Thomas Inzer | 180 Vikie Ln OXR, Al. 35763 |
| 4 | AR | David J Blaisus | 7286 NC 9560 Pettigrew AR 72752 |
| 5 | AZ | Barbara Lynne Skor | 9449 E. Charter Oak Dr, Scottsdale, AZ 85260 |
| 6 | AZ | Deborah Susens Felnagle | 480 W. Desert Ave., Gilbert, Arizona 85233 |
| 7 | AZ | Miriam J Hall | 108 N Greenfield Rd #2139, Mesa, AZ 85205 |
| 8 | AZ | Stephen Robert Skor | 9449 E Charter Oak Dr, Scottsdale, AZ 85260 |
| 9 | AZ | Stephen Y. Wu | 695 W Mulberry Dr, Chandler, AZ, 85286 |
| 10 | CA | Aaron Louis Goldstein | 35751 Gateway Dr, B236, Palm Desert, CA 92211 |
| 11 | CA | Alejandra cruz | 265 S. Vicentia ave apt 1 corona ca 92882 |
| 12 | CA | Bruce I Grobman | 3745 Roland Drive, Santa Cruz, CA 95062 |
| 13 | CA | Cathy E. Cretser | 7829 Tres Ranchos Ln., Vacaville, CA 95688 |
| 14 | CA | Chris Darling | 648 South 15th Steet, Richmond, CA 94804 |
| 15 | CA | Colleen Ross | 24362 Valley St. Newhall, CA 91321 |
| 16 | CA | Danny Wigington | 25556 Daphne Way, Willits, Ca, 95490 |
| 17 | CA | David John Denning | 19 Mohawk Ave. Corte Madera, CA 94925 |
| 18 | CA | Dennis Post Wheeler | 23 Mill Rd Santa Cruz CA 95060 |
| 19 | CA | Derik Olson | 276 Wildrose Lane, Bishop, CA 93514 |
| 20 | CA | Fan Jiao | 21438 Krzich Place, Cupertino, CA 95014 |
| 21 | CA | Geoffrey Fischer | 31055 Knob Cone Rd, Gold Run, CA 95717 |
| 22 | CA | Gina M Taylor | 15000 Martis Peak Rd. Truckee, Ca. 96161 |
| 23 | CA | Howard Gregory Fraser | 17425 Robinson Rd. Sutter Creek, CA 95685 |
| 24 | CA | Howard Greory Fraser | 17425 Robinson Rd, Sutter Creek, CA 95685 |
| 25 | CA | Janet Hazel Oliver | 658 33rd Street, Richmond, CA 94804 |
| 26 | CA | Jennifer J. Klugman | 348 Pala Vista Dr APT 8, Vista, CA 92083 |
| 27 | CA | Joel Pelletier | 6569 De Longpre Ave, Hollywood, CA 90028 |
| 28 | CA | Judith Savage | 15878 Larkspur Street, Sylmar CA 91342 |
| 29 | CA | Karen R Slentz | 13728 San Pablo Avenue, San Pablo CA 94806 |
| 30 | CA | Manuel Oropeza | 15553 Lujan Street Hacienda Heights CA 91745 |
| 31 | CA | Mary L Harwood | 853 Harper Ct, Santa Maria, CA 93454 |
| 32 | CA | Matthew Aaron Hartzell | 38 Loma Vista Ave Larkspur CA 94939 |
| 33 | CA | Michael Gorfain | 19412 PompanoLn#102Huntington Beach.CA 92648 |
| 34 | CA | Ping Pamela Tang | 3985 Chamberer dr, San Jose, CA 95135 |
| 35 | CA | Scott A. Redlin | 12496 Pomerado Court, San Diego, CA 92128 |
| 36 | CA | Sharik Boekee | 1972 Locke St, Arcata, CA, 95521 |
| 37 | CA | Stephen Cruz | 2021 Louella Ave, Venice, CA 90291 |
| 38 | CA | Suneil Mishra | 410 Sheridan Avenue, Palo Alto CA 94306 |
| 39 | CA | William D. Brockhaus | 21762 Salado, Mission Viejo, California, 92691 |
| 40 | CA | Yiling Peng | 19544 Yuma St., Castro Valley CA 94546 |
| 41 | CO | Brian Leffler | 653 Falcon Crest Way, Loveland, CO 80537 |
| 42 | CO | Carol Leffler | 653 Falcon Crest Way, Loveland, CO 80537 |
| 43 | CO | Charles Berger | 1553 Drake Street, Longmong, CO 80503-2214 |
| 44 | CO | Cynthia Combs Copeland | 500 Lashley St. #21, Longmont CO 80504 |
| 45 | CO | Eva Leffler | 653 Falcon Crest Way, Loveland, CO 80537 |

| # | State | Name | Address |
|---|---|---|---|
| 46 | CO | Gary Leffler | 653 Falcon Crest Way, Loveland, CO 80537 |
| 47 | CO | John Leffler | 653 Falcon Crest Way, Loveland, CO 80537 |
| 48 | CT | Anne K. Blake | 29 Oakwood Road, Manchester CT 06042-3207 |
| 49 | CT | Corey Irene Hollemeyer | 106 Heather Dr, New Canaan, CT 06840 |
| 50 | CT | John Whitbeck | 18 Bellevale St, Monroe CT 06468 |
| 51 | CT | PAUL M. HUBERT | 69 Quebec Square, Brooklyn, CT. 06234 |
| 52 | FL | Angela Colasanti | 4152 Mockingbird drive Boynton Beach, Fl. 33436 |
| 53 | FL | Billie A Lanzer | 2128 Pinewoods Blvd Sebring FL 33870 |
| 54 | FL | Debra Frisco | 1110 Canberra Cir #102 Avon Park, Fl 33825 |
| 55 | FL | Delia Anderson | 36945 Shore Dr. , Dade City, FL 335225 |
| 56 | FL | Donia W Connell | 2825 E HWY 329, Anthony, FL 32617 |
| 57 | FL | Ellen D Davis | 1227 Cherokee Drive, Tallahassee, FL 32301 |
| 58 | FL | Horace B Ard | 757 El Vergel Ln St Augustine Fl 32080 |
| 59 | FL | Howard Andrew Smith | 6354 Pine Meadows Drive, Spring Hill, FL 34606 |
| 60 | FL | Joseph Childress | 14620 Porter Road, Winter Garden, FL 34787 |
| 61 | FL | Kane A. Miller | 6805 PLUMPJACK CT, Port Orange, FL 32128 |
| 62 | FL | Marta Mendoza | 1415 Main Street Dunedin, Fl 34698 |
| 63 | FL | Melissa A Klemundt | 110 Ocean View Ln, Melbourne, FL 32903 |
| 64 | FL | Miguel A Capo | 8567 Coral Way, miami fl 33155 |
| 65 | FL | Nataliya Yakovleva | 2528 14th Ave SW Largo FL 33770 |
| 66 | FL | Randolph T. Atkins | 1177 Sparkman St., Melbourne, Fl. 32935 |
| 67 | FL | Robert M Gorman | 935 NW 201 Avenue, Pembroke Pines, Fl. 33029 |
| 68 | FL | Terry Lynn Perry | 1708 Roberta Ave Sebring FL 33870 |
| 69 | FL | Wendell K. Rodgers | 6328-D chasewood drive, Jupiter, FL 3458 |
| 70 | FL | Zhihua Deng | 19053 NW 52 Ct. Miami Gardens, FL33055 |
| 71 | GA | Lisa W Gantner | 324 Lake Drive Pine Mountain, Georgia 31822 |
| 72 | GA | Willard P. Mittelman | 590 Brookstone Dr., Athens, GA 30605 |
| 73 | HI | John Nix | 828A Kumulani Dr., Kihei, HI, 96753 |
| 74 | HI | Susan Galam | 1889 Loke Street, #215, Wailuku, Hawaii 96793 |
| 75 | IA | Lee Baldwin Jolliffe | 4049 Cottage Grove Av, DM, IA 50311 |
| 76 | IA | Margo Feuerbach Stites | 4801 N. Division St. Apt. A Davenport, IA 52806 |
| 77 | IA | Rudolph Robert Leytze | 443 Red Fox Rd SE, Cedar Rapids, IA 52403 |
| 78 | ID | jeremy robert fryberger | 104 Badger Lane, Ketchum, ID 83340 |
| 79 | ID | Karen Pence | 11053 N Boyer Rd, Sandpoint, ID 83864 |
| 80 | IL | Anthony Parson | 908 Holmes Ave, Deerfield, IL 60015 |
| 81 | IL | Edward Lowitzki | 12125 Oakcrest Dr, Huntley, IL 60142 |
| 82 | IL | Mary C Cotey | 225 Timber Ridge Ln, Lake Barrington, IL. 60010 |
| 83 | IL | Renae Odenthal | 2735 Pennyroyal Cir, Naperville, IL 60564 |
| 84 | KS | Catherine Beaumont | 1805 Atherton Court Lawrence, KS 66044 |
| 85 | KY | Karen Hughto | 875 Parent Ln, Finchville, KY 40022 |
| 86 | KY | Rene Mallett Hales | 3072 Roundway Down Lane Lexington, KY 40509 |
| 87 | KY | Rhonda Crystal Coston | 392 Oak Hill Road Liberty KY 42539 |
| 88 | MA | Andrea Cain | 415 Linden St., Fall River, MA 02720 |
| 89 | MA | Bin Zhang | 11 Gavins Pond Rd, Sharon MA 02067 |
| 90 | MA | Cheryl L Bancroft | 170 Branch Street Scituate, MA 02066 |
| 91 | MA | Christopher Doucette | 00 Middlesex St #1 Wakefield MA 01880 |
| 92 | MA | Gregory K Miranda | 50 Worcester Road, Princeton, MA 01541 |
| 93 | MA | Jill Osullivan | 42 laws brook road, concord, ma 01742 |

| # | State | Name | Address |
|---|---|---|---|
| 94 | MA | Kathryn J. Riss | 290 River Rd Apt M1, Winthrop, MA 02152 |
| 95 | MA | Penny Aldrovandi | 30 Grove St, Plympton MA 02367 |
| 96 | MA | Rowland Stephen Whittet | 39 Summer Street APt 3F, Boston, MA 02110 |
| 97 | MA | sarah trafton-anderson | 14 travers street, gardner, MA 01440 |
| 98 | MA | Susan Rivo | 37 GORDON STREET, Somerville, MA 02144 |
| 99 | MA | Yu Shen | 109 Minot Rd, Concord, MA 01742 |
| 100 | MD | Anita M Guidos | 2515 Franklinville Rd. Joppa, MD 21085 |
| 101 | MD | Kathryn K Gage | 4021 Lawrence Avenue, Kensington, MD 20895 |
| 102 | MD | Leah Colleen Mathers | 1850 East-West Hwy., Silver Spring, MD 20910 |
| 103 | MD | Sandra K Stephon | 13212 Park Lane, Fort Washington, MD, 20744 |
| 104 | ME | Dawn Freeman | 907 Southern Bay Rd, Penobscot ME |
| 105 | ME | Rowland Stephen Whittet | 39 Summer Street Apt 3D Rockland ME 04841 |
| 106 | MI | Anna Marie Katich | 3741 BALDWIN ROAD, Metamora, Mi 48455 |
| 107 | MI | Anthony J. Semanik | 7176 Green Farm Road, West Bloomfield, MI 48322 |
| 108 | MI | Brian Thomas Scull | 591 Watson St., Coopersville, MI 49404 |
| 109 | MI | Garrett Daniel Bradford | 2205 North five lakes rd Lapeer MI, 48446 |
| 110 | MI | Haidong Gu | 15 East Kirby Street, #728, Detroit, MI 48202 |
| 111 | MI | Kathryn B. Connaughton | 8798 N. State Rd., St. Louis, MI 48880 |
| 112 | MI | Liselle A. C. McFletcher | 3408 Huron Ave, Kalamazoo, MI 49006 |
| 113 | MI | Mary Christina Wendt | 5292 N. State Rd., Davison, MI 48423 |
| 114 | MI | Monica Fly | 1657 Knollwood, Ypsilanti, MI 48198 |
| 115 | MI | Peggy L Van Sickle | 230 Pierce Street, Brighton, MI 48116 |
| 116 | MN | Dorothy Louise Peck | 6840 Washburn Ave S, Richfield, MN 55423 |
| 117 | MN | Mary Jeanne Creighton | 501 6th St. S. Virginia, MN 55792 |
| 118 | MN | Robert Krajewski | 30199 Foxtail Ln, Stacy, MN 55079 |
| 119 | MO | James Lovell | 1332 Westbrooke Terrace Dr, Ballwin, MO 63021 |
| 120 | MO | Peter Kaplan | 3439 McKean Avenue, Saint Louis, Missouri 63118 |
| 121 | MT | Carolyn Elizabeth Hidy | 18 Moon Shadow Lane, Trout Creek, MT 59874 |
| 122 | NC | Elaine L Minier | 4145 lake lynn dr #108 Raleigh Nc 27613 |
| 123 | NC | Henry Holden Lewis | 784 Broad Creek Rd New Bern, NC 28560 |
| 124 | NC | John Archibald Wiles III | 5205 Langford Ter Durham NC 27713 |
| 125 | NC | Kenneth A. Wallston | 1025 Hart Road; Pisgah Forest, NC 28768 |
| 126 | NC | Philip Lloyd Huffsmith | 309 Cox Lake Rd, Stanley, NC 28164 |
| 127 | NH | Daniel J Fudala | 510 Amherst St Manchester NH 03104 |
| 128 | NH | Paul L Button | 85 Yvette St, Manchester, NH 03102 |
| 129 | NH | Paul R. Birk | 4 Sanborn Dr Nashua NH 03063 |
| 130 | NJ | Bing Bonnie Liao | 504 Bergen Street, Lawrencevill, NJ 08648 |
| 131 | NJ | Chang Jun Wang | 9 Pennsylvania Lane, Parsippany, NJ07054 |
| 132 | NJ | Jason Wu | 87 Thoreau Drive, Plainsboro, NJ 08536 |
| 133 | NJ | Jennifer DAlessio | 100 Hepburn Road G10 Clifton, NJ 07012 |
| 134 | NJ | Jo Ann Coleman | 108 Berry St, Hackensack, NJ 07601 |
| 135 | NJ | Living An | 363 wendover Dr. Princeton NJ 08540 |
| 136 | NJ | Na Peng | 14 Campbell Road, Kendall Park, NJ 08824 |
| 137 | NJ | Teresa DeMaio | 6 Country Road, Manahawkin, NJ 08050 |
| 138 | NM | Beverly cameron | 2225 state rd 68 embudo nm 87532 |
| 139 | NM | Daniel R Forrest | 1443 Acequia Borrada W, Santa Fe, NM 87507 |
| 140 | NM | Karen Cohen | 70 County Road 240, Dixon, New Mexico, 87527 |
| 141 | NM | Leona M. Sonne | 7 Balke St. Reserve NM 87830 |

| # | State | Name | Address |
|---|---|---|---|
| 142 | NM | Luis Torres | P. O. Box 901, Santa Cruz, NM 87567 |
| 143 | NM | Ms. Rebecca Ann Mueller | 118 County Road 64, Dixon NM 87527 |
| 144 | NV | Nan C Thompson | 4650 Ranch House Rd #64 No Las Vegas Nv 89031 |
| 145 | NV | Susan Roberts | 2520 W Simkins Rd, Pahrump NV 89060 |
| 146 | NY | Alice DiDomizio | 605 South Shore Rd, Gloversville, NY 12078 |
| 147 | NY | Barry Louis Malkin | 70-14 261st Street, 2nd Floor, Glen Oaks, NY 11004 |
| 148 | NY | Claudette Mobley | 3323 Palmer Avenue Bronx, NY 10475 |
| 149 | NY | David Francis Owen | 7 Saddle Hill Honeoye Falls NY 14472 |
| 150 | NY | David H. Crocker | 2087 East Ave., Apt. A, Rochester, NY 14610 |
| 151 | NY | FengHing Wong | 102 Mott Street, #4A, New York, NY 10013 |
| 152 | NY | Ian Cohen | 484 West 43rd St. Apt. 38S, New York, NY 10036 |
| 153 | NY | Maggie Kong | 208-07 Estates Drive, 1FL, Bayside, NY 11360 |
| 154 | NY | Marc S. Castle | 4427 Purves St. #8A. Long Island City, NY. 11101 |
| 155 | NY | Marcia Levy | 2 Locust Ridge Rd Larchmont NY 10538 |
| 156 | NY | MeiYi Jiang | 8320 Bay Parkway, #C25, Brooklyn, NY 11214 |
| 157 | NY | Patricia Matteson | 730 Mohonk Road, High Falls, NY 12440 |
| 158 | NY | PooKeem Leon | 420 West 42nd Street, #9C, New York, NY 10070 |
| 159 | NY | Ralph Ulysses | 2100 Beekman Place 6H, Brooklyn, NY 11225 |
| 160 | NY | Salli Bragg | 149 Oxford Ave Buffalo NY 14209 |
| 161 | NY | Sarah Hall | 1393 Stevens Rd, Tully, NY 13159 |
| 162 | NY | Shirley Huang | 47 Mott Street, #35, New York, NY 10013 |
| 163 | NY | Steven A. Rose | 325 Cedar Terrace, Hilton, NY 14468 |
| 164 | NY | Steven Wong | 101 Mott Street, #4A, New York, NY 10013 |
| 165 | NY | W. Michael Biklen | 515 East Eleventh Street, New York, NY 10009 |
| 166 | NY | Weinian Luo | 210-18 69 Ave. Oakland Gardens, NY 11364 |
| 167 | NY | WeiTang Zhang | 6924 Narrows Av., Brooklyn NY 11209 |
| 168 | OH | C. Jeff Jacobson Jr | 1411 WEIGOLD AVE Cincinnati OH 45223 |
| 169 | OH | Donna E. Williams | 2891 Indianola Ave, Columbus, OH 43202 |
| 170 | OH | Eileen Ann Corrice | 122 Gillett St Painesville, OH 44077 |
| 171 | OH | John A Spada | 4752 Rooney Ave, New Franklin, OH 44319 |
| 172 | OH | Patti L Montico | 724 E Cassilly St. Springfield, OH 45504 |
| 173 | OH | Qun Chen | 517 Cricket Run Rd. Lewis Center, OH 43035 |
| 174 | OH | Thomas L. Wells | 2620 Eton Place Findlay, OH 45840 |
| 175 | OK | Daniel Lee Thomas | 8612 NE 24th ST, Spencer, OK. 73084 |
| 176 | OK | Darlene Faye Roberts | 212 n 23rd St. Duncan okla 73633 |
| 177 | OK | Darlene Roberts | 212 n 23rd duncan ok73533 |
| 178 | OK | Robert Hunter Adams | 6730 S 73rd East Ave Tulsa, OK 74133 |
| 179 | OR | Carole A Moore | 17052 SW Eldorado Drive, Tigard, OR 97224 |
| 180 | OR | Charlean Ann Born | 3920 SW Martins Lane, Portland, OR 97239 |
| 181 | OR | Gerald W. Moss | 310 SE Greenwood St. Irrigon, OR 97844 |
| 182 | OR | Jon Stuart Lang | 53971 beach loop rd Bandon OR 97411 |
| 183 | OR | Laura L Miller | 1995 N. Bayview Rd., Waldport, OR |
| 184 | OR | Mary Brewer | 225 SE 126th Ave, Portland, OR 97233 |
| 185 | OR | Patricia E Kreger | 37027 Wallace Creek Rd, Springfield, OR 97478 |
| 186 | OR | Phillip Lee Gibbs | 8079 SW Sacajawea Way Wilsonville, OR 97070 |
| 187 | PA | Dale M Brown | 21040 Meadow RD. Saegertown PA. 16433 |
| 188 | PA | Gail Marlene Meister | 14210 Hiland Place North Huntingdoon, PA 15642 |
| 189 | PA | James Edward Forestal | 5049 Warrensville Rd, Montoursville, PA. 17754 |

| # | State | Name | Address |
|---|---|---|---|
| 190 | PA | Steven Vincent Young | 44 S Baltimore St, Dillsburg, PA 17019 |
| 191 | SC | Janine Garropy | 96 Hardy Place Rd, Johnston, SC 29832 |
| 192 | SC | Mary E. Hibbard | 714 Schuyler Dr. RockHill S. C. 29730 |
| 193 | SC | Patrick Mckearin | 329A Pond Branch Rd. Lexington SC29071 |
| 194 | TN | Elsa Lee Gamaunt | 816 Wall Ave, Cookeville TN 38501 |
| 195 | TN | Kevin Patrick Maher | 420 Marion ct, Springfield, TN 37172 |
| 196 | TN | Sara K. Ogden | 910 Mc Cord Hollow Rd, Hohenwald, TN 38462 |
| 197 | TN | Yvonne Brockenborough | 6440 Lee Avenue, Murfreesboro, TN 37129 |
| 198 | TX | Hongfei Li | 3853 Elgin Drive, Plano, TX, 75025 |
| 199 | TX | Jan forney | 607 kipling st Houston TX 77006 |
| 200 | TX | Jo Ann Porterfield | 210 S Post Oak St, Winnsboro, Texas, 75494 |
| 201 | TX | Pingyu Zhang | 6415 Jordan Falls dr, Houston TX 77085 |
| 202 | TX | Qing Zeng | 1709 W Schunior St. Apt811 Edinburg TX 78541 |
| 203 | TX | Richard L Fielder | 3305 BOBWHITE DR, Bedford, Tx, 76021 |
| 204 | UT | Kevin Kristian Paulson | 3090 Appian Cove Taylorsville UT 84129 |
| 205 | VA | Allan E. Tissari | 2818 Queensland Dr. Henrico, VA. 23294 |
| 206 | VA | Catherine B Williams | 8005 Seaton St, Alexandria, VA 22306 |
| 207 | VA | Kermit Charles Osborne | 2761 Big Moccasin Road, Nickelsville, VA 24271 |
| 208 | VA | YuFa Song | 1118 Sugar Maple Ln, VA 20170 |
| 209 | WA | Brent Thornton | 2325 Griffin Ave, Enumclaw WA, 98022 |
| 210 | WA | Bruce W Bailey | 2580 10th Ave W, Seattle WA 98119 |
| 211 | WA | Bruce Wade | 1204 S. 18 St., Mount Vernon, WA, 98274 |
| 212 | WA | Gregory J. Wingard | 25243 180th Ave SE, Covington, WA 98042 |
| 213 | WA | Jaymi Garvett | 4618 88th Ave SE, Mercer Island WA 98040 |
| 214 | WA | Laurene L. Bruckbauer | 22306 114th St E, Buckley, WA, 98321 |
| 215 | WA | Leslie Pettit McClure | 8537 Anderson Ct. NE, Lacey, WA 98516 |
| 216 | WA | Linda L. Richmond | 3211 SE Kamilche Pt. Rd, Shelton, WA 98584 |
| 217 | WA | Steven Johnson | 4419 Harbor Ridge Road NE, Tacoma, WA 98422 |
| 218 | WA | Susan E Rider Hall | 1835 NE 20th St Renton, WA |
| 219 | WI | Donnette Weiterman | 202 S 1st St, Randolph WI 53956 |
| 220 | WI | Janice Fletcher | 7085 N 44th St, Milwaukee, WI 53223 |
| 221 | WI | Jenna Metzger | 107 South Oak Street Rockland WI 54653 |
| 222 | WI | Richard S Hildreth, Jr | 146 Taylor St Cottage Grove WI 53527-9414 |
| 223 | WV | Sarah Renae Miles | 1755 Snowbird Rd, West Union, WV 26456 |

**Dated: July 7, 2019**             **Respectfully submitted,**

 /s/ yuxi liu
Yu-Xi (Glen) Liu, Esq. (yl3022)
Attorney for Plaintiff  (347)721-1383
602 39th Street, Brooklyn, NY 11232

**Appendix A**



https://docs.google.com/forms/d/1z0MhsNgf2vHoqANRJ-rhGUMCwl0pcmaQ7teGNSMhc5M/edit

# Appendix B



# Appendix B

