**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------

EQUAL VOTE AMERICA CORP., LEWIS Y. LIU

                                          **Plaintiffs,**         **Case No.: 19-cv-00311 (CM)**

                       -against-

CONGRESS;
NANCY PELOSI, in her official capacity
as the Speaker of the House of the Representatives;
KEVIN McCARTHY, in his official capacity as the
Minority Leader of the House;
MITCH McCONNELL, in his official capacity
as the Senate Majority Leader; and
CHARLES SCHUMER, in his official capacity as
the Senate Minority Leader,

                                 **Defendants.**

**PLAINTIFFS' DECLARATION IN OPPOSITION TO DEFENDENTS' MOTION TO DISMISS**

-----------------------------------------------------------------

**The captioned Plaintiffs hereby respectfully submit the within Declaration in opposition to Defendants' motions to dismiss as follows:**

1. The first Plaintiff is a Not-for-Profit Corporation with the mission of educating the general public on voting rights, and promoting voter participation in the election process without supporting any particular political party or candidate. In this case, Equal Vote America Corp. represents a group of eligible voters (a separate motion has been filed on July 8th 2019 to add 223 individuals across 40 states as co-plaintiffs), led by Lewis Y. LIU, who is a registered voter in the state of New York.

2. Since 1929 Congress has collectively failed to reapportion the house seats in accordance with the (1) the "Great Compromise" of bicameral legislature agreed upon by the Founding Fathers, and (2) the Constitution Article I, § 2 and the Fourteenth Amendment § 2 which mandate allocation of house seats to be proportional to each state's population.

3. The lead Plaintiff therefore comes before the court to declare on behalf of all Co-Plaintiffs that Defendants have not only violated the principle of "No Taxation without Representation", but also infringed the right to Equal Representation guaranteed by Article I § 2 and by the 14th Amendment § 2.  In addition, the significant under-representation in the House of Representatives has gravely…

    (1) diluted Plaintiffs' right to vote in presidential elections guaranteed by Article II, § 1;

    (2) demeaned Plaintiffs' Citizen Privileges guaranteed by Article IV, § 2;

    (3) debased Plaintiffs' Freedom of Speech guaranteed by the First Amendment;

    (4) violated Plaintiffs' Due Process guaranteed by the Fifth Amendment;

    (5) infringed Plaintiffs' Citizen Privileges, Due Process and Equal Protection rights under the Fourteenth Amendment § 1;

    (6) diluted Plaintiffs' right to equal vote and to be counted in whole number under the Fourteenth Amendment § 2.

4. The redress Plaintiff is seeking is for the Court to review and declare the existing apportionment laws governing the current cap and allocation of house seats unconstitutional.

# TABLE OF CONTENTS

**Page**

Table of Authorities ................................................................................................................. 4

Jurisdiction ............................................................................................................................... 4

Constitutional and Statutory Provisions Involved .......................................................... 5

Statement of Facts .................................................................................................................. 7

    A.  The Root Cause of American Revolution ............................................................ 7

    B.  The Great Compromise .......................................................................................... 7

    C.  The Founding Agreement of the Union ............................................................. 8

    D.  The First Presidential Veto ................................................................................... 9

    E.  The Original First Amendment ............................................................................ 9

    F.  The Intent of the Founding Fathers ................................................................... 10

    G.  The Reapportionment Until 1911 ...................................................................... 10

    H.  The Reapportionment of 1929 ........................................................................... 11

    I.  The Unequal Representation Since 1941 ......................................................... 13

    J.  How the U.S. Compared to the other Developed Democracy ................... 15

Congress Has Dishonored the Founding Agreement .................................................... 17

Congress Has Violated Plaintiffs' Constitutional Rights ............................................. 19

An Arithmetical Solution for Equal Representation ..................................................... 22

Conclusion .............................................................................................................................. 25

# APPENDIX

**Page**

A - State-by-State Under-representation in the House of Representatives per 2010 Census ............ 26

B - State-by-State Under-representation in the House of Representatives per 2000 Census ........... 27

C - State-by-State Under-representation in the House of Representatives per 1990 Census ........... 28

D – The Nearest Integer Proposal for State-by-State Representation in the House of Rep. ............. 29

E – The Nearest Tenth Digit Proposal for State-by-State Representation in the House of Rep. ........ 30

# TABLE OF AUTHORITIES

**Cases**                                                                    **Page**

*Wesberry v. Sanders,* 376 U.S. (1964)........................................................................ *passim*


**Statutes**                                                                 **Page**

28 U.S.C. § 2403(a) ................................................................................................. 5


**Constitutional Provisions**

U.S. Const. Amend. I................................................................................... *passim*

U.S. Const. Amend. V ................................................................................ *passim*

U.S. Const. Amend. XIV ............................................................................ *passim*

U.S. Const. Article I, § 2 ........................................................................... *passim*

U.S. Const. Article I, § 3 ............................................................................. 8, 10

U.S. Const. Article I, § 4 ................................................................................. 18

U.S. Const. Article II, § 1 ............................................................................... 19

U.S. Const. Article IV, § 2............................................................................... 19

## JURISDICTION

The lead Plaintiff is a resident and registered voter in the State of New York, and the Complaint concerns a constitutional question. This Court has jurisdiction under 28 U.S.C. § 2403(a) with respect to a constitutional question.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

U.S. Const. Article I, § 2 Clause 1 (the House by People clause) provides in pertinent part:
● The House of Representatives shall be composed of Members chosen every second Year by the People of the several States.

U.S. Const. Article I, § 2 Clause 3 (the Equal Representation clause) provides in pertinent part:
● Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.

U.S. Const. Article I, § 3 Clause 1 (the Senate clause) provides in pertinent part:
● The Senate of the United States shall be composed of two Senators from each State.

U.S. Const. Article I, § 4 Clause 1 provides in pertinent part:
● The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations.

U.S. Const. Article II, § 1 (the Electoral College clause) provides in pertinent part:
● Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress.

U.S. Const. Article III, § 1 provides in pertinent part:
● The judicial Power of the United States shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish.

U.S. Const. Article III, § 2 provides in pertinent part:
● The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States… to Controversies to which the United States shall be a Party.

U.S. Const. Article IV, § 2 (the Privilege & Immunity clause) provides in pertinent part:
● The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

U.S. Const. Amend. I. provides in pertinent part:
- Congress shall make no law … or abridging the freedom of speech … or the right of people … and to petition the Government for a redress of grievances.

U.S. Const. Amend. V. provides in pertinent part:
- No person shall be … nor be deprived of life, liberty, or property, without due process of law.

U.S. Const. Amend. XIV. § 1. provides in pertinent part:
- No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;
- …nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

U.S. Const. Amend. XIV.  § 2. provides in pertinent part:
- Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed.
- But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress… or in any way abridged.

U.S. Const. Amend. XIV.  § 5. provides in pertinent part:
- The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

<u>**STAMENT OF FACTS**</u>

**A.  The Root Cause of American Revolution**

1.  The principle of "No Taxation without Representation" could be found as early as in <u>the English Bill of Rights 1689</u> which had forbidden the imposition of taxes without the consent of Parliament. Without representation in Parliament, the colonists considered taxes as violation of the guaranteed Rights of Englishmen.

2.  In the <u>Resolutions of the Continental Congress October 19, 1765</u>, the colonists declared as follows:

    *"That it is inseparably essential to the freedom of a people, and the undoubted right of Englishmen, that no taxes be imposed on them, but with their own consent, given personally, or by their representatives."*

3.  Endorsed by every other Colony, the Virginia House of Burgesses drafted the <u>1768 Petition, Memorial, and Remonstrance</u> objecting to taxation without representation, sent it to the Parliament:

    *"that no Power on Earth has a Right to impose Taxes upon the People or to take the smallest Portion of their Property without their Consent, given by their Representatives in Parliament."*

4.  On July 4, 1776, our founding fathers in <u>Declaration of Independence</u> denounced the British monarch's repeated injuries and usurpations, one of which was none other than:

    *"For imposing Taxes on us without our Consent."*


**B.  The Great Compromise**

1.  At the Constitutional Convention 1787, James Madison proposed the Virginia Plan which included a bicameral legislature. The population was to elect the members of the lower house which in turn would elect the representatives in the upper house.

2.  However, William Patterson put forward a counter proposal, the New Jersey Plan, which called for equal representation of each state in a unicameral legislature. The convention fell into a deadlock until Roger Sherman from Connecticut proposed a compromise.

3. It was abundantly clear that without the Great Compromise, there would have been no Union. Writing for the Supreme Court decision in *Wesberry v. Sanders*, 376 U.S. 1 (1964), Justice Black recounted this founding chapter of our country in details as follows:

*The question of how the legislature should be constituted precipitated the most bitter controversy of the Convention.*
*… …*
*The dispute came near ending the Convention without a Constitution. Both sides seemed for a time to be hopelessly obstinate. Some delegations threatened to withdraw from the Convention if they did not get their way. Seeing the controversy growing sharper and emotions rising, the wise and highly respected Benjamin Franklin arose and pleaded with the delegates on both sides to "part with some of their demands, in order that they may join in some accommodating proposition."*
*… …*
*The deadlock was finally broken when a majority of the States agreed to what has been called the Great Compromise, based on a proposal which had been repeatedly advanced by Roger Sherman and other delegates from Connecticut.*

## C. The Founding Agreement of the Union

1. To balance the interest between the more populous states and the less populous states, the Founding Fathers reached the Great Compromise, which was literally the founding agreement for the Union. It established the bicameral national legislature with Equal Representation on both accounts where the populace was equally represented in the House of Representatives, while the States were equally represented in the Senate regardless.

2. As William Johnson of Connecticut said, "in *one* branch, the *people* ought to be represented; in the *other,* the *States.*" According to the Great Compromise/the Founding Agreement, the Constitution provides:

(1) Article I, § 2 Clause 1: the House of Representatives shall be elected by the People;

(2) Article I, § 2 Clause 3: **Representatives and direct Taxes** shall be apportioned by each state's population;

(3) Article I, § 3 Clause 1: each state shall have 2 senators in the Senate regardless of population.

**D. The First Presidential Veto**

1. On April 5, 1792, Washington, convinced by Jefferson, exercised the very first presidential veto in the U.S. history to reject a Congressional bill that introduced a new plan for allocating house seats among states on the ground that it was unconstitutional and liable to be abused in the future. Jefferson said, "If the [ratio of] representation [is] obtained by any process not prescribed in the Constitution, it [then] becomes arbitrary and inadmissible" and suggested apportionment instead be derived from "arithmetical operation, about which no two men can ever possibly differ." Washington's veto sent the bill back to Congress, which in turn drafted a new bill that apportioned representatives at "the ratio of one for every thirty-three thousand persons in the respective States."

2. As a result, the Apportionment Act of 1792 was passed by Congress on April 10, 1792, and signed into law by Washington on April 14, 1792. The law set the number of House Representatives at 105, effective with the 3rd Congress on March 4, 1793, which would be allotted to each state based upon the 1790 Census. During the subsequent decades Congress updated the number of house seats and allocation to reflect the population growth and shift among states.

**E. The Original First Amendment**

1. Madison proposed the original first amendment which was ratified by eight states, only one state short to be fully ratified:

   *"After the first enumeration required by the first article of the Constitution, there shall be one Representative for every thirty thousand, until the number shall amount to one hundred, after which the proportion shall be so regulated by Congress, that there shall be not less than one hundred Representatives, nor less than one Representative for every forty thousand persons, until the number of Representatives shall amount to two hundred; after which the proportion shall be so regulated by Congress, that there shall not be less than two hundred Representatives, nor more than one Representative for every fifty thousand persons."*

2. It was obvious that Madison anticipated the number of the house seats would increase proportionally - without a cap - as the national population grows.

## F. The Intent of the Founding Fathers

1. Based on the above historical facts, writing in *Wesberry v. Sanders* (1964), Justice Black narrated the clear and precise intent of our Founding Fathers as follows:

   *The debates at the Convention make at least one fact abundantly clear: that, when the delegates agreed thin the House should represent "people," they intended that, in allocating Congressmen, the number assigned to each State should be determined solely by the number of the State's inhabitants.*

   *The Constitution embodied Edmund Randolph's proposal for a periodic census to ensure "fair representation of the people," an idea endorsed by Mason as assuring that "numbers of inhabitants" should always be the measure of representation in the House of Representatives.*

   *The Convention also overwhelmingly agreed to a resolution offered by Randolph to base future apportionment squarely on numbers and to delete any reference to wealth. And the delegates defeated a motion made by Elbridge Gerry to limit the number of Representatives from newer Western States so that it would never exceed the number from the original States.*

2. After the Constitution was adopted and ratified, James Wilson of Pennsylvania, as one of the most active members at the Convention and then an Associate Justice of this Court, reaffirmed:

   *All elections ought to be equal. Elections are equal when a given number of citizens in one part of the state choose as many representatives as are chosen by the same number of citizens in any other part of the state. In this manner, the proportion of the representatives and of the constituents will remain invariably the same.*

3. The founding fathers clearly agreed and demanded that these three constitutional provisions - Article I, § 2 Clause 1 & Clause 3, and Article I, § 3 Clause 1 - shall and must be honored and enforced simultaneously. In another word, within the two sides of the founding agreement, if the House side is not honored, the Senate side shall become illegitimate too.

## G. The Reapportionment Until 1911

1. Since the Apportionment Act of 1792, and with one exception, the Apportionment Act of 1842, Congress enlarged the House of Representatives following each subsequent census until 1913. From the 1790s through the early 19th century, the seats were apportioned among the states using Jefferson's method.

2. Following the Fourteenth Amendment which abolished the infamous Three-Fifths clause, the reapportionment of 1872 created a house size of 292. No particular apportionment method was used during the period 1850 to 1890, but from 1890 through 1910, the increasing membership of the House was calculated in such a way as to ensure that no state lost a seat due to shifts in apportionment population. In 1881, a provision for equally populated contiguous and compact single member districts was added to the reapportionment law, and this was echoed in all decennial reapportionment acts through to 1911.

3. The 1911 Apportionment Act set the number of house seats at 435. The Apportionment Act of 1911 returned to the Webster method of apportionment of U.S. Representatives.


**H. The Reapportionment Act of 1929**

1. Following the 1920 Election, the Republicans took control of both chambers of Congress. Due to increased immigration and a large rural-to-urban shift in population from 1910 to 1920, the new Republican Congress refused to reapportion the House of Representatives with the traditional contiguous, single-member districts stipulations because such a reapportionment would have redistricted many House members out of their districts. A reapportionment in 1921 in the traditional fashion would have increased the size of the House to 483 seats, but many members would have lost their seats due to the population shifts.

2. The Reapportionment Act of 1929 established a permanent method for reallocating the 435 seats among the states. The Apportionment Act of 1941 made the apportionment process self-executing after each decennial census. Congress has used the following Apportionment Formulas to determine which state gets the next available seat.

The formula for determining the priority of a state to be apportioned the next available seat defined by the method of equal proportions is

$$A_n = \frac{P}{\sqrt{n(n+1)}}$$

where $P$ is the population of the state, and $n$ is the number of seats it currently holds before the possible allocation of the next seat. An equivalent, recursive definition is

$$A_{n+1} = \sqrt{\frac{n}{n+2}}\, A_n$$

where $n$ is still the number of seats the state has before allocation of the next, and for $n = 1$, the initial $A_1$ is explicitly defined as

$$A_1 = \frac{P}{\sqrt{2}}$$

3. These so-called "Equal Proportional" formulas assign "higher priority value" to some states, and "lower priority values" to other states. Essentially, it has turned the reapportionment process into a dog-eat-dog fight among the 49 states while the least populous state (Wyoming) enjoys the fully protected privilege. The following comparison shows the allocation of house seats for Wyoming, Florida, Illinois, New York and Florida since 1900.

| Year | 1900 | 1910 | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wyoming Population | 92,531 | 145,965 | 194,402 | 225,565 | 250,742 | 292,000 | 338,000 | 332,416 | 469,557 | 453,588 | 493,782 | 563,626 |
| # of House Seats Allocated | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Year | 1900 | 1910 | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 | 2010 |
| Florida Population | 528,542 | 752,619 | 968,470 | 1,468,211 | 1,897,414 | 2,821,000 | 4,951,560 | 6,789,443 | 9,746,324 | 12,937,926 | 15,982,378 | 18,801,310 |
| # of House Seats Allocated | 3 | 4 | 4 | 5 | 6 | 8 | 12 | 15 | 19 | 23 | 25 | 27 |
| Population per Seat | 176,181 | 188,155 | 242,118 | 293,642 | 316,236 | 352,625 | 412,630 | 452,630 | 512,964 | 562,519 | 639,295 | 696,345 |
| New York | 1900 | 1910 | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 | 2010 |
| New York Population | 7,268,894 | 9,113,614 | 10,385,227 | 12,588,066 | 13,479,142 | 14,830,192 | 16,827,000 | 18,241,266 | 17,558,072 | 17,990,455 | 18,976,457 | 19,378,102 |
| # of House Seats Allocated | 37 | 43 | 43 | 45 | 45 | 43 | 41 | 39 | 34 | 31 | 29 | 27 |
| Population per Seat | 196,457 | 211,945 | 241,517 | 279,735 | 299,536 | 344,888 | 410,415 | 467,725 | 516,414 | 580,337 | 654,361 | 717,707 |
| Year | 1900 | 1910 | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 | 2010 |
| Illinois Population | 4,821,550 | 5,638,591 | 6,485,280 | 7,630,654 | 7,897,241 | 8,712,176 | 10,113,000 | 11,113,976 | 11,426,518 | 11,430,602 | 12,419,293 | 12,830,632 |
| # of House Seats Allocated | 25 | 27 | 27 | 27 | 26 | 25 | 24 | 24 | 22 | 20 | 19 | 18 |
| Population per Seat | 192,862 | 208,837 | 240,196 | 282,617 | 303,740 | 348,487 | 421,375 | 463,082 | 519,387 | 571,530 | 653,647 | 712,813 |
| Texas Population | 3,048,710 | 3,896,542 | 4,663,228 | 5,824,715 | 6,414,824 | 7,748,000 | 9,617,000 | 11,196,730 | 14,229,191 | 16,986,510 | 20,851,820 | 25,145,561 |
| # of House Seats Allocated | 16 | 18 | 18 | 21 | 21 | 22 | 23 | 24 | 27 | 30 | 32 | 36 |
| Population per Seat | 190,544 | 216,475 | 259,068 | 277,367 | 305,468 | 352,182 | 418,130 | 466,530 | 527,007 | 566,217 | 651,619 | 698,488 |

1) Wyomingites have always enjoyed 100% representation during this 110-year period.

2) Residents in Florida, Illinois, New York and Texas were under-represented during this period.

3) However, before the "Equal Proportional Formulas" took effect in 1950, Florida, Illinois, New York, and Texas gained seats independently.

4) Since the "Equal Proportional Formulas" took effect in 1950, Florida has gained 21 seats (27-6), Texas 14 seats (36-22), while Illinois has lost 7 seats (25-18), New York 18 seats (45-27), even though population increased in all these four states during the same period. This is the direct

result from the fact that Floridians and Texans have consistently been assigned "higher priority value" while Illinoisans and New Yorkers have been condemned to "low priority value" in the reapportionment process.

## I.  The Unequal Representation Since 1941

1.  Under the existing apportionment laws and based on the 2010 Census Data, the following table illustrates the extend of unequal representation among the 50 states. See Appendix A for full details.

| 2010 | Total | 308,745,538 | 435 | 709,760 | 546.7 | 111.7 | 245,177,310 | 63,041,190 | | 296,020,412 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total % | | | | | | | 20.4% | | 95.9% |
| | Count | | | | | | | | | 39 |
| Index | State | Population 2010 | # of House Seats Allocated | Population per HouseSeat Allocated | # of House Seats Entitled Based on WY Population | # of House Seats Deprived | Population Represented by the Seats Allocated based on WY Population | Population Taxed w/o Representation | Population Tw/oR % | States Under-represented by at least 0.5 seat |
| 1 | California | 37,253,956 | 53 | 702,905 | 66.1 | 13.1 | 29,872,178 | 7,381,778 | 19.8% | 37,253,956 |
| 2 | Texas | 25,145,561 | 36 | 698,488 | 44.6 | 8.6 | 20,290,536 | 4,855,025 | 19.3% | 25,145,561 |
| 3 | New York | 19,378,102 | 27 | 717,707 | 34.4 | 7.4 | 15,217,902 | 4,160,200 | 21.5% | 19,378,102 |
| 4 | Florida | 18,801,310 | 27 | 696,345 | 33.4 | 6.4 | 15,217,902 | 3,583,408 | 19.1% | 18,801,310 |
| 43 | Rhode Island | 1,052,567 | 2 | 526,284 | 1.9 | -0.1 | 1,127,252 | (74,685) | -7.1% | - |
| 44 | Montana | 989,415 | 1 | 989,415 | 1.8 | 0.8 | 563,626 | 425,789 | 43.0% | 989,415 |
| 50 | Wyoming | 563,626 | 1 | 563,626 | 1.0 | 0.0 | 563,626 | - | 0% | - |

1)  Wyoming's pop. of 563,626 gets 1 house seat, always fully represented;

2)  The population per house seat for the top four states CA, TX, NY and FL ranges from 698,488 to 717,707, hence these four states have been deprived of 13.1, 8.6, 7.4 and 6.4 house seats, respectively, which means 19.8%, 19.3%, 21.5% and 19.1% of respective state populations have been taxed without representation (Tw/oR);

3)  Montana's pop. of 989,415 gets only 1 house seat, the worst among all 50 states, which means 43% of Montanans have been Tw/oR;

4)  Rhode Island's pop. of 1,052,567 gets 2 house seats, 1 house seat per 526,284 persons, 1,052,567 /563,626 = 1.9 rounded to 2.0, the best among all 50 states, over-represented by 7.1%.

5)  Nationwide, 20.4% (=63,041,190/308,745,538) of national population, have been Tw/oR.

6)  39 of the 50 states, or 95.9% of national population were under-represented by at least 0.5 seat, in a total of 111.7 seats in the House of Representatives.

2.  Under the existing apportionment laws and based on the 2000 Census Data, the following table illustrates the extend of unequal representation among the 50 states. See Appendix B for full details.

| 2000 | Total | 281,421,906 | 435 | 646,947 | 568.8 | 133.8 | 214,795,170 | 66,054,677 | | 274,506,987 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total % | | | | | | | 23.5% | | 97.5% |
| | Count | | | | | | | | | 43 |
| Index | State | Population 2000 | # of House Seats Allocated | Population per HouseSeat Allocated | # of House Seats Entitled Based on WY Population | # of House Seats Deprived | Population Represented by the Seats Allocated based on WY Population | Population Taxed w/o Representation | Population Tw/oR % | States Under-represented by at least 0.5 seat |
| 1 | California | 33,871,648 | 53 | 639,088 | 68.6 | 15.6 | 26,170,446 | 7,701,202 | 22.7% | 33,871,648 |
| 2 | Texas | 20,851,820 | 32 | 651,619 | 42.2 | 10.2 | 15,801,024 | 5,050,796 | 24.2% | 20,851,820 |
| 3 | New York | 18,976,457 | 29 | 654,361 | 38.4 | 9.4 | 14,319,678 | 4,656,779 | 24.5% | 18,976,457 |
| 4 | Florida | 15,982,378 | 25 | 639,295 | 32.4 | 7.4 | 12,344,550 | 3,637,828 | 22.8% | 15,982,378 |
| 43 | Rhode Island | 1,048,319 | 2 | 524,160 | 2.1 | 0.1 | 987,564 | 60,755 | 5.8% | - |
| 44 | Montana | 902,195 | 1 | 902,195 | 1.8 | 0.8 | 493,782 | 408,413 | 45.3% | 902,195 |
| 50 | Wyoming | 493,782 | 1 | 493,782 | 1.0 | 0.0 | 493,782 | - | 0% | - |

1)  Wyoming's pop. of 493,782 gets 1 house seat, always fully represented;

2)  Other than Wyoming, all 49 states are under-represented between 5.8% (Rhode Island) and 45.3% (Montana).

3)  Nationwide, 23.5% of Americans (66,054,677 of 281421,906) were taxed without representation.

4)  43 of the 50 states, or 97.5% of national population were under-represented by at least 0.5 seat, in a total of 133.8 seats in the House of Representatives.

5)  The top 4 states - CA, TX, NY & FL - were under-represented by 15.6, 10.2, 9.4, and 7.4 seats, respectively, which means 22.7%, 24.2%, 24.5%, and 22.8% of respective state populations have been taxed without representation (Tw/oR);

3.  Under the existing apportionment laws and based on the 1990 Census Data, the following table illustrates the extent of unequal representation among the 50 states. See Appendix C for full details.

| 1990 | Total | 248,709,873 | 435 | 571,747 | 547.0 | 112.0 | 197,310,780 | 50,792,193 | | 239,023,269 |
| | Total % | | | | | | | 20.4% | | 96.1% |
| | Count | | | | | | | | | 41 |
| Index | State | Population 1990 | # of House Seats Allocated | Population per HouseSeat Allocated | # of House Seats Entitled Based on WY Populatio | # of House Seats Deprived | Population Represented by the Seats Allocated based on WY Populatio | Population Taxed w/o Representati on | Population Tw/oR % | States Under-represented by at least 0.5 seat |
| 1 | California | 29,760,021 | 52 | 572,308 | 65.6 | 13.6 | 23,586,576 | 6,173,445 | 20.7% | 29,760,021 |
| 2 | New York | 17,990,455 | 31 | 580,337 | 39.7 | 8.7 | 14,061,228 | 3,929,227 | 21.8% | 17,990,455 |
| 3 | Texas | 16,986,510 | 30 | 566,217 | 37.4 | 7.4 | 13,607,640 | 3,378,870 | 19.9% | 16,986,510 |
| 4 | Florida | 12,937,926 | 23 | 562,519 | 28.5 | 5.5 | 10,432,524 | 2,505,402 | 19.4% | 12,937,926 |
| 43 | Rhode Island | 1,003,464 | 2 | 501,732 | 2.2 | 0.2 | 907,176 | 96,288 | 9.6% | - |
| 44 | Montana | 799,065 | 1 | 799,065 | 1.8 | 0.8 | 453,588 | 345,477 | 43.2% | 799,065 |
| 50 | Wyoming | 453,588 | 1 | 453,588 | 1.0 | 0.0 | 453,588 | - | 0% | - |

1) Other than Wyoming, 49 states are under-represented between 9.6% (Rhode Island) and 43.2% (Montana).

2) Nationwide, 20.4% of Americans (50,792,193 of 248,709,873) were taxed without representation.

3) 41 of the 50 states, or 96.1% of national population were under-represented by at least 0.5 seat, in a total of 112 seats in the House of Representatives.

4) Among the 39 states, the top 4 states - CA, TX, NY & FL - were under-represented by 13.6, 8.7, 7.4, and 5.5 seats, respectively.


## J. How the U.S. Compared to the other Developed Democracy

1. As of 2017 the compensation for most congressional members is $174,000, the Speaker of the House receives $223,500, and the majority and minority leaders in the House receive $193,000. As of June 2017, the average Members' Representational Allowance (MRA) was $1,315,523 per representative

2. Plaintiff surveyed 16 developed democratic countries based on Wikipedia, and found the U.S. has by far the highest population per lower house seat among these countries, almost 3 times as much as Japan, the second on the list (see table below).

3. In particular, Japan, Germany, France, and the U.K. have more lower House Representatives than the U.S. does despite far less population. For example, the U.K. population is only 20% of the U.S.

population, but its House of Commons has 650 members, averaging only 101,569 persons per one seat vs. 748,736 persons per one seat in the U.S. In fact, when the Apportionment Act 1911 capped the number of house seats at 435, the population per seat was c.a. 210, 000, much closer to the other 15 surveyed countries.

4. Besides having by far the highest population per seat, the U.S. is also much larger in geographical size than the other 14 countries except Canada, it is impossible for the U.S. House Representatives to serve their constituents as effectively as their counterparts in the other 15 developed democracies. When on average a representative has to serve 748,736 constituents, it invariably means he/she becomes inaccessible or even unaccountable to most constituents.

| Ranking of Developed Democratic Countries by Representation of Population at the Lower House | | | | | |
|---|---|---|---|---|---|
| Source: | https://en.wikipedia.org/wiki/ | | | | |
| Ranked by Population per House Seat | Country | Population as of 2017 (millions) | Population as % of the U.S. | # of House Seats | Population per House Seat | Population per House Seat as % of the U.S. |
| 1 | USA | 325.70 | 100% | 435 | 748,736 | 100% |
| 2 | Japan | 126.80 | 39% | 465 | 272,688 | 36% |
| 3 | Australia | 24.60 | 8% | 150 | 164,000 | 22% |
| 4 | Germany | 82.79 | 25% | 709 | 116,770 | 16% |
| 5 | France | 67.12 | 21% | 577 | 116,326 | 16% |
| 6 | Netherlands | 17.08 | 5% | 150 | 113,867 | 15% |
| 7 | Canada | 36.71 | 11% | 338 | 108,609 | 15% |
| 8 | UK | 66.02 | 20% | 650 | 101,569 | 14% |
| 9 | Beligum | 11.35 | 3% | 150 | 75,667 | 10% |
| 10 | Austria | 8.77 | 3% | 183 | 47,940 | 6% |
| 11 | Switzerland | 8.42 | 3% | 200 | 42,100 | 6% |
| 12 | New Zealand | 4.79 | 1% | 120 | 39,950 | 5% |
| 13 | Denmark | 5.77 | 2% | 179 | 32,235 | 4% |
| 14 | Norway | 5.26 | 2% | 169 | 31,112 | 4% |
| 15 | Sweden | 10.00 | 3% | 349 | 28,639 | 4% |
| 16 | Finland | 5.50 | 2% | 200 | 27,515 | 4% |

## CONGRESS HAS DISHONORED THE FOUNDING AGREEMENT

1. As aforementioned, there is a huge disparity per Senate seat among states. For example, a New Yorker is weighted as only 2.2% / 2.6% / 2.9% of a Wyomingite based on 1990 / 2000 / 2010 Census, respectively. The Great Compromise, the very first contractual agreement reached by our founding fathers, was supposed to balance such enormous inequality in favor of the less populous states in the Senate with the allocation of the House seats proportional to each state's population.

2. However, Congress since 1911 has collectively failed to (1) honor the Great Compromise reached by the founding fathers, foremostly Washington, Adams, Jefferson, and Madison; and (2) comply with the Constitution Article I, § 2 Clauses 1 & 3, which mandate House Representatives to be elected by the People and allocated among states based on each state's population.

3. Writing for the Court in *Wesberry v. Sanders* (1964), Justice Black declared emphatically:

   *We hold that, construed in its historical context, the command of Article I, § 2 that Representatives be chosen "by the People of the several States" means that, as nearly as is practicable, one man's vote in a congressional election is to be worth as much as another's. ...*
   *We do not believe that the Framers of the Constitution intended to permit the same vote-diluting discrimination to be accomplished through the device of districts containing widely varied numbers of inhabitants. To say that a vote is worth more in one district than in another would not only run counter to our fundamental ideas of democratic government, it would cast aside the principle of a House of Representatives elected "by the People," a principle tenaciously fought for and established at the Constitutional Convention. The history of the Constitution, particularly that part of it relating to the adoption of Article I, § 2, reveals that those who framed the Constitution meant that, no matter what the mechanics of an election, whether statewide or by districts, it was population which was to be the basis of the House of Representatives.*

4. *Planned Parenthood of Southeastern Pa. v. Casey*, 505 U.S. 833 (1992) reminded us that each generation of Americans including each Congress have the duty to uphold the Constitution:

   *Our Constitution is a covenant running from the first generation of Americans to us and then the future generations. It is a coherent succession. Each generation must learn anew that the Constitution's written terms embody ideas and aspirations that must survive more ages than one.*

5. While *Wesberry v. Sanders* (1964) concerned the rights to equal representation in the House and equal vote in electing representatives among residents of different congressional districts within one state, the same constitutional principle and legal reasoning shall certainly apply to the same rights

among residents of different states, which is the core issue raised by Plaintiff.

6. What has transpired since 1929 is exactly what our two most important founding fathers, Washington and Jefferson, clearly rejected in 1792: the current cap and allocation mechanism have produced <u>arbitrary and inadmissible</u> unequal representation that are not derived from <u>arithmetical operation</u>.

7. There is absolutely no constitutional provision for – and our founding fathers would have been outraged by - **the Apportionment Formulas** which assign priority to some states for the next seat while condemning residents of other states as "lower priority" for at least a decade, if not decades.

8. Furthermore, the founding agreement consists of two sides: the House by population and the Senate by states. By defrauding the House side of the founding agreement for more than 100 years and counting, Congress has simultaneously delegitimized the Senate which has become a lopsided oppressive body in favor of less than 5% of population at the expense of over 95% of Americans. Without equal representation of population in the House, the Senate has become unconstitutional too.

9. By capping the number of house seats to 435, Congress has ignored (1) the fact that delegates defeated the motion to put a limit on the number of house seats for the western states, and (2) the warning of "vicious representation" by Madison, widely considered the Father of the Constitution.

10. Writing for the Court in *Wesberry v. Sanders* (1964), Justice Black reminded us that:

> *It would defeat the principle solemnly embodied in the Great Compromise -- equal representation in the House for equal numbers of people -- for us to hold that, within the States, legislatures may draw the lines of congressional districts in such a way as to give some voters a greater voice in choosing a Congressman than others. The House of Representatives, the Convention agreed, was to represent the people as individuals, and on a basis of complete equality for each voter. The delegates were quite aware of what Madison called the "vicious representation" in Great Britain whereby "rotten boroughs" with few inhabitants were represented in Parliament on or almost on a par with cities of greater population.*
> *...*
> *The delegates referred to rotten borough apportionments in some of the state legislatures as the kind of objectionable governmental action that the Constitution should not tolerate in the election of congressional representatives. ... Speakers at the ratifying conventions emphasized thin the House of Representatives was meant to be free of the malapportionment then existing in some of the state legislatures -- such as those of Connecticut, Rhode Island, and South Carolina -- and argued that the power given Congress in Article I, § 4, as meant to be used to vindicate the people's right to equality of representation in the House. Congress' power, said John Steele at the North Carolina convention, was not to be used to allow Congress to create rotten boroughs.*

## CONGRESS HAS VIOLATED PLAINTIFFS' CONSTITUTIONAL RIGHTS

1. America was founded upon a set of ideals enshrined by the Declaration of Independence:

   *(1) Liberty & Equality: "All men are created equal with certain unalienable rights";*
   *(2) Republic: "That to secure these rights, Governments are instituted among Men";*
   *(3) Democracy: "Deriving their just powers from the consent of the governed".*

2. The Constitution starts with "We the People". For the principle of "all men are created equal" to hold true, there must be equal respect of human dignity. And nothing manifests human dignity more than a free person's sacred vote. By causing significant unequal representation in the House and diluting vote value in electing representatives for over 95% of Americans due to state residence, Congress has violated the aforementioned founding principles and the following constitutional provisions.

3. **Article I, § 2 Clauses 1 & 3** mandate the House Representatives are chosen by the People based on population, hence guaranteeing every American's right to equal representation in the House. The significant unequal representation represents a gross betrayal of the founding agreement and union spirit, causing over 95% of Americans double-disadvantaged in both the House and the Senate.

4. **Article II, § 1** mandates that each state's electoral votes for presidential elections are equal to the number of representatives and senators. Hence the significant under-representation in the House has further inflicted a **Triple-Injustice** upon over 95% of Americans with respect to the House, the Senate and the presidential elections.

5. **Article IV, § 2** mandates that Citizens of all state shall be entitled to the same Privileges and Immunities. Equal representation in the House is one of such privileges for all Americans guaranteed by the Constitution. Since 1911 Congress has collectively violated such fundamental privilege. More despicably, **the Apportionment Formulas** have discriminated against some states while favoring the other states. In fact, from 1990 to 2010 NY lost 4 seats despite its population grew by 1.4 million, while TX and FL gained 6 and 4 seats, respectively, and Wyoming is always guaranteed 1 seat. Among all fellow Americans, New Yorkers have been ranked the lowest and deprived of the most.

6. **The First Amendment** prohibits any law that abridges the freedom of speech. Residents of each state elect their representatives to the House who in turn speak and vote on behalf of their constituents on various issues that affect their daily life. By diluting the right to equal representation in the House, Congress has undermined Plaintiffs' and overwhelming majority of Americans' voice and expression, hence violating our freedom of speech.

7. **The Fifth Amendment** guarantees NO American shall be deprived of life, liberty, or property without due process of law. The guaranty of due process demands laws shall not be unreasonable, arbitrary or capricious. The Exhibit A shows the current allocation method results in a wide gap of representation among states, from over-representation of 7% enjoyed by Rhode Island to under-representation of 43% suffered by Montana. There is no justification for some Americans enjoying over-representation while 95% being condemned to under-representation due to state residence. Such arbitrary and capricious malapportionment illustrates **the first violation of the Fifth Amendment**.

8. Secondly, assuming Jack and Jill are brother and sister, if Jack moves from Rhode Island (1,052,567 given 2 seats) to Montana (989,415 given 1 seat), his right to be represented decreases by half; and if Jill moves from Montana to Rhode Island, her right to be represented doubles. In fact, people who do not move at all will also find the value of their vote fluctuated because someone else move. No American shall be punished for exercising their freedom to choose where to live (liberty). This demonstrates **the second violation of the Fifth Amendment**.

9. Furthermore, if any suspect must be informed of his/her Miranda right under the Fifth Amendment, all law-binding citizens certainly must be informed of their fundamental rights before being gravely violated. Congress has never informed the general public of (1) such significant under-representation for the overwhelming majority of Americans, and (2) the fact that such unequal representation has violated the founding agreement reached by the framers. Even *New York Times* failed in its 11/09/2018 Editorial to point out the founding agreement has been dishonored and the Constitution violated. The absence of public knowledge and debate on this gross violation of the founding

agreement and the Constitution indicates **violation of procedural Due Process**. Finally, the 1941 Apportionment Act deprived all future generations of the Due Process to review and update the cap and allocation of house seats based on the ever-changing population among the 50 states.

10. **The Fourteenth Amendment § 1** guarantees every citizen's equal privileges or immunities, every person's life, liberty, or property with due process of law and equal protection of the laws. In this case, it is Congress who enacted the Apportionment Acts that have caused over 95% Americans to be under-represented in the House. Furthermore, **the Apportionment Formulas** have assigned priority to some states for the next house seat while condemning residents of other states as "low priority". Therefore, Congress has violated the Due Process and Equal Protection for all Americans with respect to the fundamental right to equal representation in the House. It would be a mockery if one argues the Fourteenth Amendment does not apply to Congress.

11. **The Fourteenth Amendment § 2** reaffirms apportionment based on population, and abolished the infamous Three-Fifths clause, declaring counting a person less than a whole number unconstitutional. Under the current allocation of house seats, a New Yorker is weighted as 79% of a Wyomingite, residents in Montana are weighted only 57% of a Wyomingite, and over 95% of Americans are counted less than a whole number in terms of each house seat allocated.

12. **The Fourteenth Amendment § 2** further mandates the right to vote at any election including "Representatives in Congress" shall not be abridged in any way. Diluting overwhelming majority of Americans' vote in electing the House Representatives is the exact definition of abridging.

13. Writing for the Court in *Wesberry v. Sanders* (1964), Justice Black reminded us unequivocally:

*It is in the light of such history that we must construe Article I, § 2, of the Constitution, which, carrying out the ideas of Madison and those of like views, provides that <u>Representatives shall be chosen "by the People of the several States</u>," and shall be "<u>apportioned among the several States . . . according to their respective Numbers</u>."*

*Madison said in No. 57 of The Federalist: "Who are to be the electors of the Federal Representatives? Not the rich more than the poor; not the learned more than the ignorant; not the haughty heirs of distinguished names more than the humble sons of obscure and unpropitious fortune. <u>The electors are to be the great body of the people of the United States</u>."*

**An Arithmetical Solution That Honors the Founding Fathers' Agreement and Criteria**

1. Since the Constitution guarantees at least one house seat for each state, the population of the least populous state shall be the basis for allocating the house seats among states through an <u>arithmetical operation</u> insisted by Jefferson, which can be easily understood by the general public.

2. The first possible proposal is "**The Nearest Integer**" (a.k.a. the Wyoming Rule) which calculates the number of house seats for each of the 50 states as follows (based on 2017 Census estimates):

   (1) Wyoming has the least population, hence 579,315 should be the base denominator. For example, NY population (19,849,399)/(579,315)=34.3, rounded the nearest integer, 34. Hence NY's number of seats would increase from 27 to 34, reducing its under-representation from 21.2% to 0.8%.

   (2) This "Nearest Integer" approach will add 126 additional seats to a total of 561, and reduce under-representation to less than 5% for the top 29 populous states. However, representation for less populous states remains unfair. For example, North Dakota remain under-represented by 23.3% while South Dakota over-represented by 33.2%.

   (3) Under this proposal, variances in representation range from under-represented 23% to over-represented 33%, clearly neither equitable nor constitutional. See details in Exhibit D.

3. The second possible proposal is "**The Nearest Tenth Digit**" which takes the above proposal one step further by rounding all the quotients to the nearest tenth digit:

   (1) Wyoming has the least population of 579,315. Hence, NY population (19,849,399) / (579,315) = 34.26, rounded to the nearest tenth digit, 34.3. NY's number of seats increases from 27 to 34.3, i.e. 33 members have 1 vote each, the 34th member has a vote of 1.3 for a larger district.

   (2) There are two distinct but related concepts under this proposal: **members vs. votes**. <u>The current 435-body house will increase by 107 to 542</u>, among which 497 regular members have 1 vote each, and 45 special members have a vote of 1.1 to 1.9, each representing a more populous district

in each state. <u>The total house votes would increase to 561.1</u> with 280.6 being the simple majority. The number of votes is the ultimate measure of equal representation guaranteed for all Americans by the founding agreement and the Constitution.

(3) Under this proposal, all aforementioned unfair representations in the first proposal are practically resolved: North Dakota and South Dakota would be under-represented by only 0.3% and 0.1%, respectively.  The variance of representation ranges from under 1.6% to over 2.4%. See details in Exhibit E.

(4) Most importantly, all Americans of all states will be guaranteed equal presentation at the same time, there will be no American of any state ranked as "lower priority" any more.

(5) Applying the same arithmetical operation to the three previous censuses, the variance of representations ranges from under 3.1% to over 3.2% for 2010, from under 2.7% to over 2.4% for 2000, and from under 3.3% to over 2.2% for 1990. Hence all are well within +/-4%.

4. Obviously rounding to the nearest hundredth digit would further improve precision. However, the "Nearest Tenth Digit" proposal produces a near precision within +/-4%, and is free of any manipulation that condemns many states as "lower priority". Therefore, **this is an Arithmetical Solution that shall honor our founding fathers' agreement and satisfy their criteria**.

5. As aforementioned, the total cost for one house representative is approximately $1.5 million/year. Adding 107 house members with 126.1 votes would entail a total additional cost approximately $189.4 million/year (1.5 x 126.1 votes). The 2017 Census estimates the U.S. population at 325.7 million, hence it would cost only $0.58 ($189.4/325.7) per person per year.

6. In addition, the Federal Budget for <u>2017 Fiscal Year included $3.98 trillion expenditures</u>.  The additional $189.4 million would account less than 0.005% of the total federal expenditures. By the way, one <u>F-22 Raptor fighter aircraft alone costs</u> $150 million in 2009 or $180 million in 2018.

7. After adding the 107 members to a total of 542 as shown below, the U.S. still by far has the highest ratio of population per house seat.  As long as both the national population and the least state

population move at a similar pace, the total number of house seats will range from 500 to 600. If the least populous state's population grows faster than the national population, the total number of house seats would decrease.

| Ranking of Developed Democratic Countries by Representation of Population at the Lower House | | | | | | |
|---|---|---|---|---|---|---|
| **Source:** | https://en.wikipedia.org/wiki/ | | | | | |
| **Ranked by Population per House Seat** | **Country** | **Population as of 2017 (millions)** | **Population as % of the U.S.** | **# of House Seats** | **Population per House Seat** | **Population per House Seat as % of** |
| 1 | USA - Rectified | 325.70 | 100% | 542 | 600,923 | 100% |
| 2 | Japan | 126.80 | 39% | 465 | 272,688 | 45% |
| 3 | Australia | 24.60 | 8% | 150 | 164,000 | 27% |
| 4 | Germany | 82.79 | 25% | 709 | 116,770 | 19% |
| 5 | France | 67.12 | 21% | 577 | 116,326 | 19% |
| 6 | Netherlands | 17.08 | 5% | 150 | 113,867 | 19% |
| 7 | Canada | 36.71 | 11% | 338 | 108,609 | 18% |
| 8 | UK | 66.02 | 20% | 650 | 101,569 | 17% |
| 9 | Beligum | 11.35 | 3% | 150 | 75,667 | 13% |
| 10 | Austria | 8.77 | 3% | 183 | 47,940 | 8% |
| 11 | Switzerland | 8.42 | 3% | 200 | 42,100 | 7% |
| 12 | New Zealand | 4.79 | 1% | 120 | 39,950 | 7% |
| 13 | Denmark | 5.77 | 2% | 179 | 32,235 | 5% |
| 14 | Norway | 5.26 | 2% | 169 | 31,112 | 5% |
| 15 | Sweden | 10.00 | 3% | 349 | 28,639 | 5% |
| 16 | Finland | 5.50 | 2% | 200 | 27,515 | 5% |

8. Time is of the essence. There is no justification to prolong the current **Triple-Injustice** until after the 2020 Census. Congress has the duty and power to immediately pass **the Apportionment for Equal Representation of Act 2019** <u>effective for the upcoming 2020 Elections</u> that will …

(1) increase the number of House Representatives to 542, among which 497 regular members have 1 vote each, and 45 special members have vote of 1.1 to 1.9, as described above;

(2) require each state to redraw its congressional districts with variance in population within +/- 5% by an independent non-partisan commission, or designate the added members/votes at-large;

(3) increase the total electoral votes from currently 538 to 664.1 (100+561.1+3 for DC), so that every state will finally receive its fair share of electoral votes, e.g. 36.3 (2+34.3) electoral votes for NY, rather than 29 (2+27), the candidate who gets 332.1 electoral votes wins the White House;

(4) Following the 2020 Census, further adjustments can be easily made for the 2022 House Election. Thereafter, similar adjustments shall be made once after each decennial census.

## **CONCLUSION**

1. At George Orwell's ***Animal Farm***, "***All animals are equal, but some animals are more equal than others.***" The underlying question for Defendants and all Americans in this case is, "***All Americans are equal, but are some Americans more equal than others?***"

2. Our founding fathers clearly said NO to such question, and were they alive today, they would certainly be horrified and outraged by what the existing reapportionment laws have done for 90 years and counting, Washington and Jefferson would have vetoed all of them without any hesitation.

3. Writing for the Supreme Court in *Wesberry v. Sanders*, (1964), Justice Black declared forcefully:

   *While it may not be possible to draw congressional districts with mathematical precision, that is no excuse for ignoring our Constitution's plain objective of making <u>equal representation for equal numbers of people the fundamental goal for the House of Representatives. That is the high standard of justice and common sense which the Founders set for us</u>.*

4. In conclusion:

   (1) the Court has the power and the duty to review and declare the existing reapportionment laws unconstitutional;

   (2) the 116th Congress has the power, the duty and a historic opportunity to immediately rectify its collective failure since 1929 by enacting **the Reapportionment for Equal Representation Act of 2019** that will not only restore honor with the Great Compromise and our founding fathers, but also uphold all Americans' fundamental rights to equal representation in the House and equal vote in electing House Representatives with respect to Article I § 2, Article IV § 2, the First, the Fifth and the Fourteenth Amendments;

   (3) the "Nearest Tenth Digit" <u>arithmetical operation</u> will allocate the house seats/votes to all states with a variance within +/-4%, which represents a near precision that shall satisfy Washington, Jefferson, Madison and other founding fathers who can again rest in peace on this account.

   (4) if Congress refuses to rectify its own collective failure, it shall be held in Contempt of Court and of the Constitution, and the Senate shall lose its legitimacy and be declared unconstitutional.

**Dated: July 8, 2019**                                **Respectfully submitted,**

                                                     /s/ Lewis Y. LIU
                                                     Lewis Y. LIU
                                                     Lead Plaintiff
                                                     P.O. Box 286705, New York, NY 10128

## Appendix A

**State-by-State Under-representation in the House of Representatives and Disparity per Senate Seat**

**2010 Census Data**

https://en.wikipedia.org/wiki/2010_United_States_Census

| | | Col 3 | Col 4 | Col 5 | Col 6 | Col 7 | Col 8 | Col 9 | Col 10 | Col 11 | Col 12 | Col 13 | Col 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 308,745,538 | 435 | 709,760 | 546.7 | 111.7 | 245,177,310 | 63,041,190 | | 296,020,412 | | | |
| | Total % | | | | | | | | 20.4% | | 95.9% | | |
| | Count | | | | | | | | | | 39 | | |
| | Max. | | | 989,415 | 66.1 | 13.1 | 29,872,178 | | 43.0% | | 107.1% | 18,626,978 | 100.0% |
| | Min. | | | 526,284 | 1.0 | -0.1 | 0 | | -7.1% | | 57.0% | 281,813 | 1.5% |
| **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| Index | State | Population 2010 | # of House Seats Allocated | Population per HouseSeat Allocated | # of House Seats Entitled Based on WY Population | # of House Seats Deprived | Population Represented by the Seats Allocated based on WY Population | Population Taxed w/o Representation | Population Tw/oR % | States Under-represented by at least 0.5 seat | Vote Value per House Seat as % of WY | Population per Senate Seat | Disparity per Senate Seat |
| 1 | California | 37,253,956 | 53 | 702,905 | 66.1 | 13.1 | 29,872,178 | 7,381,778 | 19.8% | 37,253,956 | 80.2% | 18,626,978 | 1.5% |
| 2 | Texas | 25,145,561 | 36 | 698,488 | 44.6 | 8.6 | 20,290,536 | 4,855,025 | 19.3% | 25,145,561 | 80.7% | 12,572,781 | 2.2% |
| 3 | New York | 19,378,102 | 27 | 717,707 | 34.4 | 7.4 | 15,217,902 | 4,160,200 | 21.5% | 19,378,102 | 78.5% | 9,689,051 | 2.9% |
| 4 | Florida | 18,801,310 | 27 | 696,345 | 33.4 | 6.4 | 15,217,902 | 3,583,408 | 19.1% | 18,801,310 | 80.9% | 9,400,655 | 3.0% |
| 5 | Illinois | 12,830,632 | 18 | 712,813 | 22.8 | 4.8 | 10,145,268 | 2,685,364 | 20.9% | 12,830,632 | 79.1% | 6,415,316 | 4.4% |
| 6 | Pennsylvania | 12,702,379 | 18 | 705,688 | 22.5 | 4.5 | 10,145,268 | 2,557,111 | 20.1% | 12,702,379 | 79.9% | 6,351,190 | 4.4% |
| 7 | Ohio | 11,536,504 | 16 | 721,032 | 20.5 | 4.5 | 9,018,016 | 2,518,488 | 21.8% | 11,536,504 | 78.2% | 5,768,252 | 4.9% |
| 8 | Michigan | 9,883,640 | 14 | 705,974 | 17.5 | 3.5 | 7,890,764 | 1,992,876 | 20.2% | 9,883,640 | 79.8% | 4,941,820 | 5.7% |
| 9 | Georgia | 9,687,653 | 13 | 745,204 | 17.2 | 4.2 | 7,327,138 | 2,360,515 | 24.4% | 9,687,653 | 75.6% | 4,843,827 | 5.8% |
| 10 | North Carolina | 9,535,483 | 14 | 681,106 | 16.9 | 2.9 | 7,890,764 | 1,644,719 | 17.2% | 9,535,483 | 82.8% | 4,767,742 | 5.9% |
| 11 | New Jersey | 8,791,894 | 12 | 732,658 | 15.6 | 3.6 | 6,763,512 | 2,028,382 | 23.1% | 8,791,894 | 76.9% | 4,395,947 | 6.4% |
| 12 | Virginia | 8,001,024 | 11 | 727,366 | 14.2 | 3.2 | 6,199,886 | 1,801,138 | 22.5% | 8,001,024 | 77.5% | 4,000,512 | 7.0% |
| 13 | Washington | 6,724,540 | 10 | 672,454 | 11.9 | 1.9 | 5,636,260 | 1,088,280 | 16.2% | 6,724,540 | 83.8% | 3,362,270 | 8.4% |
| 14 | Massachusetts | 6,547,629 | 9 | 727,514 | 11.6 | 2.6 | 5,072,634 | 1,474,995 | 22.5% | 6,547,629 | 77.5% | 3,273,815 | 8.6% |
| 15 | Indiana | 6,483,802 | 9 | 720,422 | 11.5 | 2.5 | 5,072,634 | 1,411,168 | 21.8% | 6,483,802 | 78.2% | 3,241,901 | 8.7% |
| 16 | Arizona | 6,392,017 | 9 | 710,224 | 11.3 | 2.3 | 5,072,634 | 1,319,383 | 20.6% | 6,392,017 | 79.4% | 3,196,009 | 8.8% |
| 17 | Tennessee | 6,346,105 | 9 | 705,123 | 11.3 | 2.3 | 5,072,634 | 1,273,471 | 20.1% | 6,346,105 | 79.9% | 3,173,053 | 8.9% |
| 18 | Missouri | 5,988,927 | 8 | 748,616 | 10.6 | 2.6 | 4,509,008 | 1,479,919 | 24.7% | 5,988,927 | 75.3% | 2,994,464 | 9.4% |
| 19 | Maryland | 5,773,552 | 8 | 721,694 | 10.2 | 2.2 | 4,509,008 | 1,264,544 | 21.9% | 5,773,552 | 78.1% | 2,886,776 | 9.8% |
| 20 | Wisconsin | 5,686,986 | 8 | 710,873 | 10.1 | 2.1 | 4,509,008 | 1,177,978 | 20.7% | 5,686,986 | 79.3% | 2,843,493 | 9.9% |
| 21 | Minnesota | 5,303,925 | 8 | 662,991 | 9.4 | 1.4 | 4,509,008 | 794,917 | 15.0% | 5,303,925 | 85.0% | 2,651,963 | 10.6% |
| 22 | Colorado | 5,029,196 | 7 | 718,457 | 8.9 | 1.9 | 3,945,382 | 1,083,814 | 21.6% | 5,029,196 | 78.4% | 2,514,598 | 11.2% |
| 23 | Alabama | 4,779,736 | 7 | 682,819 | 8.5 | 1.5 | 3,945,382 | 834,354 | 17.5% | 4,779,736 | 82.5% | 2,389,868 | 11.8% |
| 24 | South Carolina | 4,625,364 | 7 | 660,766 | 8.2 | 1.2 | 3,945,382 | 679,982 | 14.7% | 4,625,364 | 85.3% | 2,312,682 | 12.2% |
| 25 | Louisiana | 4,533,372 | 6 | 755,562 | 8.0 | 2.0 | 3,381,756 | 1,151,616 | 25.4% | 4,533,372 | 74.6% | 2,266,686 | 12.4% |
| 26 | Kentucky | 4,339,367 | 6 | 723,228 | 7.7 | 1.7 | 3,381,756 | 957,611 | 22.1% | 4,339,367 | 77.9% | 2,169,684 | 13.0% |
| 27 | Oregon | 3,831,074 | 5 | 766,215 | 6.8 | 1.8 | 2,818,130 | 1,012,944 | 26.4% | 3,831,074 | 73.6% | 1,915,537 | 14.7% |
| 28 | Oklahoma | 3,751,351 | 5 | 750,270 | 6.7 | 1.7 | 2,818,130 | 933,221 | 24.9% | 3,751,351 | 75.1% | 1,875,676 | 15.0% |
| 29 | Connecticut | 3,574,097 | 5 | 714,819 | 6.3 | 1.3 | 2,818,130 | 755,967 | 21.2% | 3,574,097 | 78.8% | 1,787,049 | 15.8% |
| 30 | Iowa | 3,046,355 | 4 | 761,589 | 5.4 | 1.4 | 2,254,504 | 791,851 | 26.0% | 3,046,355 | 74.0% | 1,523,178 | 18.5% |
| 31 | Mississippi | 2,967,297 | 4 | 741,824 | 5.3 | 1.3 | 2,254,504 | 712,793 | 24.0% | 2,967,297 | 76.0% | 1,483,649 | 19.0% |
| 32 | Arkansas | 2,915,918 | 4 | 728,980 | 5.2 | 1.2 | 2,254,504 | 661,414 | 22.7% | 2,915,918 | 77.3% | 1,457,959 | 19.3% |
| 33 | Kansas | 2,853,118 | 4 | 713,280 | 5.1 | 1.1 | 2,254,504 | 598,614 | 21.0% | 2,853,118 | 79.0% | 1,426,559 | 19.8% |
| 34 | Utah | 2,763,885 | 4 | 690,971 | 4.9 | 0.9 | 2,254,504 | 509,381 | 18.4% | 2,763,885 | 81.6% | 1,381,943 | 20.4% |
| 35 | Nevada | 2,700,551 | 4 | 675,138 | 4.8 | 0.8 | 2,254,504 | 446,047 | 16.5% | 2,700,551 | 83.5% | 1,350,276 | 20.9% |
| 36 | New Mexico | 2,059,179 | 3 | 686,393 | 3.7 | 0.7 | 1,690,878 | 368,301 | 17.9% | 2,059,179 | 82.1% | 1,029,590 | 27.4% |
| 37 | West Virginia | 1,852,994 | 3 | 617,665 | 3.3 | 0.3 | 1,690,878 | 162,116 | 8.7% | - | 91.3% | 926,497 | 30.4% |
| 38 | Nebraska | 1,826,341 | 3 | 608,780 | 3.2 | 0.2 | 1,690,878 | 135,463 | 7.4% | - | 92.6% | 913,171 | 30.9% |
| 39 | Idaho | 1,567,582 | 2 | 783,791 | 2.8 | 0.8 | 1,127,252 | 440,330 | 28.1% | 1,567,582 | 71.9% | 783,791 | 36.0% |
| 40 | Hawaii | 1,360,301 | 2 | 680,151 | 2.4 | 0.4 | 1,127,252 | 233,049 | 17.1% | - | 82.9% | 680,151 | 41.4% |
| 41 | Maine | 1,328,361 | 2 | 664,181 | 2.4 | 0.4 | 1,127,252 | 201,109 | 15.1% | - | 84.9% | 664,181 | 42.4% |
| 42 | New Hampshire | 1,316,470 | 2 | 658,235 | 2.3 | 0.3 | 1,127,252 | 189,218 | 14.4% | - | 85.6% | 658,235 | 42.8% |
| 43 | Rhode Island | 1,052,567 | 2 | 526,284 | 1.9 | -0.1 | 1,127,252 | (74,685) | -7.1% | - | 107.1% | 526,284 | 53.5% |
| 44 | Montana | 989,415 | 1 | 989,415 | 1.8 | 0.8 | 563,626 | 425,789 | 43.0% | 989,415 | 57.0% | 494,708 | 57.0% |
| 45 | Delaware | 897,934 | 1 | 897,934 | 1.6 | 0.6 | 563,626 | 334,308 | 37.2% | 897,934 | 62.8% | 448,967 | 62.8% |
| 46 | South Dakota | 814,180 | 1 | 814,180 | 1.4 | 0.4 | 563,626 | 250,554 | 30.8% | - | 69.2% | 407,090 | 69.2% |
| 47 | Alaska | 710,231 | 1 | 710,231 | 1.3 | 0.3 | 563,626 | 146,605 | 20.6% | - | 79.4% | 355,116 | 79.4% |
| 48 | North Dakota | 672,591 | 1 | 672,591 | 1.2 | 0.2 | 563,626 | 108,965 | 16.2% | - | 83.8% | 336,296 | 83.8% |
| 49 | Vermont | 625,741 | 1 | 625,741 | 1.1 | 0.1 | 563,626 | 62,115 | 9.9% | - | 90.1% | 312,871 | 90.1% |
| — | District of Columbia | 601,723 | 0 | | | | 0 | | 0.0% | - | | | |
| 50 | Wyoming | 563,626 | 1 | 563,626 | 1.0 | 0.0 | 563,626 | - | 0% | | 100.0% | 281,813 | 100.0% |

**Observations & Comments:**

| | |
|---|---|
| 1 | Other than Wyoming, 48 states are under-represented with Montana suffered the most at 43%, while Rhode Island has been over-represented by 7.1%. |
| 2 | Nationwide, 20.4% of Americans (63,041,190 / 308,745,538) have been taxed without representation. |
| 3 | 39 of the 50 states, or 96% of national population were under-represented by at least 0.5 seat. In total, 111.7 seats should have been added. . |
| 4 | Among the 39 states, the top 4 states - CA, TX, NY & FL - were under-represented by 13.1, 8.6, 7.4, and 6.4 seats, respectively. |
| 5 | In the Senate, residents' voting power in the other 49 states are worth as low as 1.5% of those in Wyoming, and supposed to be compensated by the equal representation in the House. |
| 6 | Hence in terms of vote value at the Senate, residents of the top 4 states - CA, TX, NY & FL - are weighted only 1.5%, 2.2%, 2.9% and 3.0% of Wyomingite, respectively. |

## Appendix B

**State-by-State Under-representation in the House of Representatives and Disparity per Senate Seat**

**Census Data as of 2000**

https://en.wikipedia.org/wiki/2010_United_States_Census

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | Total | 281,421,906 | 435 | 646,947 | 568.8 | 133.8 | 214,795,170 | 66,054,677 | | 274,506,987 | | | |
| | Total % | | | | | | | 23.5% | | 97.5% | | | |
| | Count | | | | | | | | | 43 | | | |
| | Max. | | | 902,195 | 68.6 | 15.6 | 26,170,446 | | 45.3% | | 100.0% | 16,935,824 | 100.0% |
| | Min. | | | 493,782 | 1.0 | 0.0 | 493,782 | | 0.0% | | 54.7% | 246,891 | 1.5% |
| 1 | 2 | 3 | 4 | 5 | 6 | 10 | 7 | 8 | 11 | 12 | 13 | 14 |

| Index | State | Population 2000 | # of House Seats Allocated | Population per HouseSeat Allocated | # of House Seats Entitled Based on WY Population | # of House Seats Deprived | Population Represented by the Seats Allocated based on WY Population | Population Taxed w/o Representation | Population Tw/oR % | States Under-represented by at least 0.5 seat | Vote Value per House Seat as % of WY | Population per Senate Seat | Disparity per Senate Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | California | 33,871,648 | 53 | 639,088 | 68.6 | 15.6 | 26,170,446 | 7,701,202 | 22.7% | 33,871,648 | 77.3% | 16,935,824 | 1.5% |
| 2 | Texas | 20,851,820 | 32 | 651,619 | 42.2 | 10.2 | 15,801,024 | 5,050,796 | 24.2% | 20,851,820 | 75.8% | 10,425,910 | 2.4% |
| 3 | New York | 18,976,457 | 29 | 654,361 | 38.4 | 9.4 | 14,319,678 | 4,656,779 | 24.5% | 18,976,457 | 75.5% | 9,488,229 | 2.6% |
| 4 | Florida | 15,982,378 | 25 | 639,295 | 32.4 | 7.4 | 12,344,550 | 3,637,828 | 22.8% | 15,982,378 | 77.2% | 7,991,189 | 3.1% |
| 5 | Illinois | 12,419,293 | 19 | 653,647 | 25.2 | 6.2 | 9,381,858 | 3,037,435 | 24.5% | 12,419,293 | 75.5% | 6,209,647 | 4.0% |
| 6 | Pennsylvania | 12,281,054 | 19 | 646,371 | 24.9 | 5.9 | 9,381,858 | 2,899,196 | 23.6% | 12,281,054 | 76.4% | 6,140,527 | 4.0% |
| 7 | Ohio | 11,353,140 | 18 | 630,730 | 23.0 | 5.0 | 8,888,076 | 2,465,064 | 21.7% | 11,353,140 | 78.3% | 5,676,570 | 4.3% |
| 8 | Michigan | 9,938,444 | 15 | 662,563 | 20.1 | 5.1 | 7,406,730 | 2,531,714 | 25.5% | 9,938,444 | 74.5% | 4,969,222 | 5.0% |
| 9 | Georgia | 8,186,453 | 13 | 629,727 | 16.6 | 3.6 | 6,419,166 | 1,767,287 | 21.6% | 8,186,453 | 78.4% | 4,093,227 | 6.0% |
| 10 | North Carolina | 8,049,313 | 13 | 619,178 | 16.3 | 3.3 | 6,419,166 | 1,630,147 | 20.3% | 8,049,313 | 79.7% | 4,024,657 | 6.1% |
| 11 | New Jersey | 8,414,350 | 13 | 647,258 | 17.0 | 4.0 | 6,419,166 | 1,995,184 | 23.7% | 8,414,350 | 76.3% | 4,207,175 | 5.9% |
| 12 | Virginia | 7,078,515 | 11 | 643,501 | 14.3 | 3.3 | 5,431,602 | 1,646,913 | 23.3% | 7,078,515 | 76.7% | 3,539,258 | 7.0% |
| 13 | Washington | 5,894,121 | 9 | 654,902 | 11.9 | 2.9 | 4,444,038 | 1,450,083 | 24.6% | 5,894,121 | 75.4% | 2,947,061 | 8.4% |
| 14 | Massachusetts | 6,349,097 | 10 | 634,910 | 12.9 | 2.9 | 4,937,820 | 1,411,277 | 22.2% | 6,349,097 | 77.8% | 3,174,549 | 7.8% |
| 15 | Indiana | 6,080,485 | 9 | 675,609 | 12.3 | 3.3 | 4,444,038 | 1,636,447 | 26.9% | 6,080,485 | 73.1% | 3,040,243 | 8.1% |
| 16 | Arizona | 5,130,632 | 8 | 641,329 | 10.4 | 2.4 | 3,950,256 | 1,180,376 | 23.0% | 5,130,632 | 77.0% | 2,565,316 | 9.6% |
| 17 | Tennessee | 5,689,283 | 9 | 632,143 | 11.5 | 2.5 | 4,444,038 | 1,245,245 | 21.9% | 5,689,283 | 78.1% | 2,844,642 | 8.7% |
| 18 | Missouri | 5,595,211 | 9 | 621,690 | 11.3 | 2.3 | 4,444,038 | 1,151,173 | 20.6% | 5,595,211 | 79.4% | 2,797,606 | 8.8% |
| 19 | Maryland | 5,296,486 | 8 | 662,061 | 10.7 | 2.7 | 3,950,256 | 1,346,230 | 25.4% | 5,296,486 | 74.6% | 2,648,243 | 9.3% |
| 20 | Wisconsin | 5,363,675 | 8 | 670,459 | 10.9 | 2.9 | 3,950,256 | 1,413,419 | 26.4% | 5,363,675 | 73.6% | 2,681,838 | 9.2% |
| 21 | Minnesota | 4,919,479 | 8 | 614,935 | 10.0 | 2.0 | 3,950,256 | 969,223 | 19.7% | 4,919,479 | 80.3% | 2,459,740 | 10.0% |
| 22 | Colorado | 4,301,261 | 7 | 614,466 | 8.7 | 1.7 | 3,456,474 | 844,787 | 19.6% | 4,301,261 | 80.4% | 2,150,631 | 11.5% |
| 23 | Alabama | 4,447,100 | 7 | 635,300 | 9.0 | 2.0 | 3,456,474 | 990,626 | 22.3% | 4,447,100 | 77.7% | 2,223,550 | 11.1% |
| 24 | South Carolina | 4,012,012 | 6 | 668,669 | 8.1 | 2.1 | 2,962,692 | 1,049,320 | 26.2% | 4,012,012 | 73.8% | 2,006,006 | 12.3% |
| 25 | Louisiana | 4,468,976 | 7 | 638,425 | 9.1 | 2.1 | 3,456,474 | 1,012,502 | 22.7% | 4,468,976 | 77.3% | 2,234,488 | 11.0% |
| 26 | Kentucky | 4,041,769 | 6 | 673,628 | 8.2 | 2.2 | 2,962,692 | 1,079,077 | 26.7% | 4,041,769 | 73.3% | 2,020,885 | 12.2% |
| 27 | Oregon | 3,421,399 | 5 | 684,280 | 6.9 | 1.9 | 2,468,910 | 952,489 | 27.8% | 3,421,399 | 72.2% | 1,710,700 | 14.4% |
| 28 | Oklahoma | 3,450,654 | 5 | 690,131 | 7.0 | 2.0 | 2,468,910 | 981,744 | 28.5% | 3,450,654 | 71.5% | 1,725,327 | 14.3% |
| 29 | Connecticut | 3,405,565 | 5 | 681,113 | 6.9 | 1.9 | 2,468,910 | 936,655 | 27.5% | 3,405,565 | 72.5% | 1,702,783 | 14.5% |
| 30 | Iowa | 2,926,324 | 5 | 585,265 | 5.9 | 0.9 | 2,468,910 | 457,414 | 15.6% | 2,926,324 | 84.4% | 1,463,162 | 16.9% |
| 31 | Mississippi | 2,844,658 | 4 | 711,165 | 5.8 | 1.8 | 1,975,128 | 869,530 | 30.6% | 2,844,658 | 69.4% | 1,422,329 | 17.4% |
| 32 | Arkansas | 2,673,400 | 4 | 668,350 | 5.4 | 1.4 | 1,975,128 | 698,272 | 26.1% | 2,673,400 | 73.9% | 1,336,700 | 18.5% |
| 33 | Kansas | 2,688,418 | 4 | 672,105 | 5.4 | 1.4 | 1,975,128 | 713,290 | 26.5% | 2,688,418 | 73.5% | 1,344,209 | 18.4% |
| 34 | Utah | 2,233,169 | 3 | 744,390 | 4.5 | 1.5 | 1,481,346 | 751,823 | 33.7% | 2,233,169 | 66.3% | 1,116,585 | 22.1% |
| 35 | Nevada | 1,998,257 | 3 | 666,086 | 4.0 | 1.0 | 1,481,346 | 516,911 | 25.9% | 1,998,257 | 74.1% | 999,129 | 24.7% |
| 36 | New Mexico | 1,819,046 | 3 | 606,349 | 3.7 | 0.7 | 1,481,346 | 337,700 | 18.6% | 1,819,046 | 81.4% | 909,523 | 27.1% |
| 37 | West Virginia | 1,808,344 | 3 | 602,781 | 3.7 | 0.7 | 1,481,346 | 326,998 | 18.1% | 1,808,344 | 81.9% | 904,172 | 27.3% |
| 38 | Nebraska | 1,711,263 | 3 | 570,421 | 3.5 | 0.5 | 1,481,346 | 229,917 | 13.4% | - | 86.6% | 855,632 | 28.9% |
| 39 | Idaho | 1,293,953 | 2 | 646,977 | 2.6 | 0.6 | 987,564 | 306,389 | 23.7% | 1,293,953 | 76.3% | 646,977 | 38.2% |
| 40 | Hawaii | 1,211,537 | 2 | 605,769 | 2.5 | 0.5 | 987,564 | 223,973 | 18.5% | - | 81.5% | 605,769 | 40.8% |
| 41 | Maine | 1,274,923 | 2 | 637,462 | 2.6 | 0.6 | 987,564 | 287,359 | 22.5% | 1,274,923 | 77.5% | 637,462 | 38.7% |
| 42 | New Hampshire | 1,235,786 | 2 | 617,893 | 2.5 | 0.5 | 987,564 | 248,222 | 20.1% | 1,235,786 | 79.9% | 617,893 | 40.0% |
| 43 | Rhode Island | 1,048,319 | 2 | 524,160 | 2.1 | 0.1 | 987,564 | 60,755 | 5.8% | - | 94.2% | 524,160 | 47.1% |
| 44 | Montana | 902,195 | 1 | 902,195 | 1.8 | 0.8 | 493,782 | 408,413 | 45.3% | 902,195 | 54.7% | 451,098 | 54.7% |
| 45 | Delaware | 783,600 | 1 | 783,600 | 1.6 | 0.6 | 493,782 | 289,818 | 37.0% | 783,600 | 63.0% | 391,800 | 63.0% |
| 46 | South Dakota | 754,844 | 1 | 754,844 | 1.5 | 0.5 | 493,782 | 261,062 | 34.6% | 754,844 | 65.4% | 377,422 | 65.4% |
| 47 | Alaska | 626,932 | 1 | 626,932 | 1.3 | 0.3 | 493,782 | 133,150 | 21.2% | - | 78.8% | 313,466 | 78.8% |
| 48 | North Dakota | 642,200 | 1 | 642,200 | 1.3 | 0.3 | 493,782 | 148,418 | 23.1% | - | 76.9% | 321,100 | 76.9% |
| 49 | Vermont | 608,827 | 1 | 608,827 | 1.2 | 0.2 | 493,782 | 115,045 | 18.9% | - | 81.1% | 304,414 | 81.1% |
| — | District of Columbia | 572,059 | 0 | | | | | | | | | | |
| 50 | Wyoming | 493,782 | 1 | 493,782 | 1.0 | 0.0 | 493,782 | - | 0% | - | 100.0% | 246,891 | 100.0% |

**Observations & Comments:**

| | |
|---|---|
| 1 | Other than Wyoming, 49 states are under-represented between 6% (Rhode Island) and 45% (Montana). |
| 2 | Nationwide, 23.4% of Americans (66,054,677 of 281421,906) were taxed without representation. |
| 3 | 43 of the 50 states, or 97.5% of national population were under-represented by at least 0.5 seat, in a total of 133.8 seats in the House of Representatives. |
| 4 | Among the 43 states, the top 4 states - CA, TX, NY & FL - were under-represented by 15.5, 10.2, 9.4 and 7.4 seats, respectively. |
| 5 | In the Senate, residents' voting power in the other 49 states are worth as low as 1.5% of those in Wyoming, and supposed to be compensated by the equal representation in the House. |
| 6 | Hence in terms of vote value at the Senate, residents of the top 4 states - CA, TX, NY & FL - are weighted only 1.5%, 2.4%, 2.6% and 3.1% of Wyomingite, respectively. |

## Appendix C

### State-by-State Under-representation in the House of Representatives and Disparity per Senate Seat
### Census Data as of 1990
https://en.wikipedia.org/wiki/1990_United_States_Census

| 1990 | Total | 248,709,873 | 435 | 571,747 | 547.0 | 112.0 | 197,310,780 | 50,792,193 | | 239,023,269 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total % | | | | | | | 20.4% | | 96.1% | | | |
| | Count | | | | | | | | | 41 | | | |
| | Max. | | | 799,065 | 65.6 | 13.6 | 23,586,576 | | 43.2% | | 100.0% | 14,880,011 | 100.0% |
| | Min. | | | 453,588 | 1.0 | 0.0 | 453,588 | | 0.0% | | 56.8% | 226,794 | 1.5% |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Index | State | Population 1990 | # of House Seats Allocated | Population per House Seat Allocated | # of House Seats Entitled Based on WY Population | # of House Seats Deprived | Population Represented by the Seats Allocated based on WY Population | Population Taxed w/o Representation | Population Tw/oR % | States Under-represented by at least 0.5 seat | Vote Value per House Seat as % of WY | Population per Senate Seat | Disparity per Senate Seat |
| 1 | California | 29,760,021 | 52 | 572,308 | 65.6 | 13.6 | 23,586,576 | 6,173,445 | 20.7% | 29,760,021 | 79.3% | 14,880,011 | 1.5% |
| 2 | New York | 17,990,455 | 31 | 580,337 | 39.7 | 8.7 | 14,061,228 | 3,929,227 | 21.8% | 17,990,455 | 78.2% | 8,995,228 | 2.5% |
| 3 | Texas | 16,986,510 | 30 | 566,217 | 37.4 | 7.4 | 13,607,640 | 3,378,870 | 19.9% | 16,986,510 | 80.1% | 8,493,255 | 2.7% |
| 4 | Florida | 12,937,926 | 23 | 562,519 | 28.5 | 5.5 | 10,432,524 | 2,505,402 | 19.4% | 12,937,926 | 80.6% | 6,468,963 | 3.5% |
| 5 | Pennsylvania | 11,881,643 | 21 | 565,793 | 26.2 | 5.2 | 9,525,348 | 2,356,295 | 19.8% | 11,881,643 | 80.2% | 5,940,822 | 3.8% |
| 6 | Illinois | 11,430,602 | 20 | 571,530 | 25.2 | 5.2 | 9,071,760 | 2,358,842 | 20.6% | 11,430,602 | 79.4% | 5,715,301 | 4.0% |
| 7 | Ohio | 10,847,115 | 19 | 570,901 | 23.9 | 4.9 | 8,618,172 | 2,228,943 | 20.5% | 10,847,115 | 79.5% | 5,423,558 | 4.2% |
| 8 | Michigan | 9,295,297 | 16 | 580,956 | 20.5 | 4.5 | 7,257,408 | 2,037,889 | 21.9% | 9,295,297 | 78.1% | 4,647,649 | 4.9% |
| 9 | New Jersey | 7,730,188 | 13 | 594,630 | 17.0 | 4.0 | 5,896,644 | 1,833,544 | 23.7% | 7,730,188 | 76.3% | 3,865,094 | 5.9% |
| 10 | North Carolina | 6,628,637 | 12 | 552,386 | 14.6 | 2.6 | 5,443,056 | 1,185,581 | 17.9% | 6,628,637 | 82.1% | 3,314,319 | 6.8% |
| 11 | Georgia | 6,478,216 | 11 | 588,929 | 14.3 | 3.3 | 4,989,468 | 1,488,748 | 23.0% | 6,478,216 | 77.0% | 3,239,108 | 7.0% |
| 12 | Virginia | 6,187,358 | 11 | 562,487 | 13.6 | 2.6 | 4,989,468 | 1,197,890 | 19.4% | 6,187,358 | 80.6% | 3,093,679 | 7.3% |
| 13 | Massachusetts | 6,016,425 | 10 | 601,643 | 13.3 | 3.3 | 4,535,880 | 1,480,545 | 24.6% | 6,016,425 | 75.4% | 3,008,213 | 7.5% |
| 14 | Indiana | 5,544,159 | 10 | 554,416 | 12.2 | 2.2 | 4,535,880 | 1,008,279 | 18.2% | 5,544,159 | 81.8% | 2,772,080 | 8.2% |
| 15 | Missouri | 5,117,073 | 9 | 568,564 | 11.3 | 2.3 | 4,082,292 | 1,034,781 | 20.2% | 5,117,073 | 79.8% | 2,558,537 | 8.9% |
| 16 | Wisconsin | 4,891,769 | 9 | 543,530 | 10.8 | 1.8 | 4,082,292 | 809,477 | 16.5% | 4,891,769 | 83.5% | 2,445,885 | 9.3% |
| 17 | Tennessee | 4,877,185 | 9 | 541,909 | 10.8 | 1.8 | 4,082,292 | 794,893 | 16.3% | 4,877,185 | 83.7% | 2,438,593 | 9.3% |
| 18 | Washington | 4,866,692 | 9 | 540,744 | 10.7 | 1.7 | 4,082,292 | 784,400 | 16.1% | 4,866,692 | 83.9% | 2,433,346 | 9.3% |
| 19 | Maryland | 4,781,468 | 8 | 597,684 | 10.5 | 2.5 | 3,628,704 | 1,152,764 | 24.1% | 4,781,468 | 75.9% | 2,390,734 | 9.5% |
| 20 | Minnesota | 4,375,099 | 8 | 546,887 | 9.6 | 1.6 | 3,628,704 | 746,395 | 17.1% | 4,375,099 | 82.9% | 2,187,550 | 10.4% |
| 21 | Louisiana | 4,219,973 | 7 | 602,853 | 9.3 | 2.3 | 3,175,116 | 1,044,857 | 24.8% | 4,219,973 | 75.2% | 2,109,987 | 10.7% |
| 22 | Alabama | 4,040,587 | 7 | 577,227 | 8.9 | 1.9 | 3,175,116 | 865,471 | 21.4% | 4,040,587 | 78.6% | 2,020,294 | 11.2% |
| 23 | Kentucky | 3,685,296 | 6 | 614,216 | 8.1 | 2.1 | 2,721,528 | 963,768 | 26.2% | 3,685,296 | 73.8% | 1,842,648 | 12.3% |
| 24 | Arizona | 3,665,228 | 6 | 610,871 | 8.1 | 2.1 | 2,721,528 | 943,700 | 25.7% | 3,665,228 | 74.3% | 1,832,614 | 12.4% |
| 25 | South Carolina | 3,486,703 | 6 | 581,117 | 7.7 | 1.7 | 2,721,528 | 765,175 | 21.9% | 3,486,703 | 78.1% | 1,743,352 | 13.0% |
| 26 | Colorado | 3,294,394 | 6 | 549,066 | 7.3 | 1.3 | 2,721,528 | 572,866 | 17.4% | 3,294,394 | 82.6% | 1,647,197 | 13.8% |
| 27 | Connecticut | 3,287,116 | 6 | 547,853 | 7.2 | 1.2 | 2,721,528 | 565,588 | 17.2% | 3,287,116 | 82.8% | 1,643,558 | 13.8% |
| 28 | Oklahoma | 3,145,585 | 6 | 524,264 | 6.9 | 0.9 | 2,721,528 | 424,057 | 13.5% | 3,145,585 | 86.5% | 1,572,793 | 14.4% |
| 29 | Oregon | 2,842,321 | 5 | 568,464 | 6.3 | 1.3 | 2,267,940 | 574,381 | 20.2% | 2,842,321 | 79.8% | 1,421,161 | 16.0% |
| 30 | Iowa | 2,776,755 | 5 | 555,351 | 6.1 | 1.1 | 2,267,940 | 508,815 | 18.3% | 2,776,755 | 81.7% | 1,388,378 | 16.3% |
| 31 | Mississippi | 2,573,216 | 5 | 514,643 | 5.7 | 0.7 | 2,267,940 | 305,276 | 11.9% | 2,573,216 | 88.1% | 1,286,608 | 17.6% |
| 32 | Kansas | 2,477,574 | 4 | 619,394 | 5.5 | 1.5 | 1,814,352 | 663,222 | 26.8% | 2,477,574 | 73.2% | 1,238,787 | 18.3% |
| 33 | Arkansas | 2,350,725 | 4 | 587,681 | 5.2 | 1.2 | 1,814,352 | 536,373 | 22.8% | 2,350,725 | 77.2% | 1,175,363 | 19.3% |
| 34 | West Virginia | 1,793,477 | 3 | 597,826 | 4.0 | 1.0 | 1,360,764 | 432,713 | 24.1% | 1,793,477 | 75.9% | 896,739 | 25.3% |
| 35 | Utah | 1,722,850 | 3 | 574,283 | 3.8 | 0.8 | 1,360,764 | 362,086 | 21.0% | 1,722,850 | 79.0% | 861,425 | 26.3% |
| 36 | Nebraska | 1,578,385 | 3 | 526,128 | 3.5 | 0.5 | 1,360,764 | 217,621 | 13.8% | - | 86.2% | 789,193 | 28.7% |
| 37 | New Mexico | 1,515,069 | 3 | 505,023 | 3.3 | 0.3 | 1,360,764 | 154,305 | 10.2% | - | 89.8% | 757,535 | 29.9% |
| 38 | Maine | 1,227,928 | 2 | 613,964 | 2.7 | 0.7 | 907,176 | 320,752 | 26.1% | 1,227,928 | 73.9% | 613,964 | 36.9% |
| 39 | Nevada | 1,201,833 | 2 | 600,917 | 2.6 | 0.6 | 907,176 | 294,657 | 24.5% | 1,201,833 | 75.5% | 600,917 | 37.7% |
| 40 | New Hampshire | 1,109,252 | 2 | 554,626 | 2.4 | 0.4 | 907,176 | 202,076 | 18.2% | - | 81.8% | 554,626 | 40.9% |
| 41 | Hawaii | 1,108,229 | 2 | 554,115 | 2.4 | 0.4 | 907,176 | 201,053 | 18.1% | - | 81.9% | 554,115 | 40.9% |
| 42 | Idaho | 1,006,749 | 2 | 503,375 | 2.2 | 0.2 | 907,176 | 99,573 | 9.9% | - | 90.1% | 503,375 | 45.1% |
| 43 | Rhode Island | 1,003,464 | 2 | 501,732 | 2.2 | 0.2 | 907,176 | 96,288 | 9.6% | - | 90.4% | 501,732 | 45.2% |
| 44 | Montana | 799,065 | 1 | 799,065 | 1.8 | 0.8 | 453,588 | 345,477 | 43.2% | 799,065 | 56.8% | 399,533 | 56.8% |
| 45 | South Dakota | 696,004 | 1 | 696,004 | 1.5 | 0.5 | 453,588 | 242,416 | 34.8% | 696,004 | 65.2% | 348,002 | 65.2% |
| 46 | Delaware | 666,168 | 1 | 666,168 | 1.5 | 0.5 | 453,588 | 212,580 | 31.9% | - | 68.1% | 333,084 | 68.1% |
| 47 | North Dakota | 638,800 | 1 | 638,800 | 1.4 | 0.4 | 453,588 | 185,212 | 29.0% | - | 71.0% | 319,400 | 71.0% |
| 48 | District of Columbia | 606,900 | 0 | | | | | | | | | | |
| 49 | Vermont | 562,758 | 1 | 562,758 | 1.2 | 0.2 | 453,588 | 109,170 | 19.4% | 562,758 | 80.6% | 281,379 | 80.6% |
| — | Alaska | 550,043 | 1 | 550,043 | 1.2 | 0.2 | 453,588 | 96,455 | 17.5% | 550,043 | 82% | 275,022 | 82.5% |
| 50 | Wyoming | 453,588 | 1 | 453,588 | 1.0 | 0.0 | 453,588 | - | 0% | - | 100.0% | 226,794 | 100.0% |

**Observations & Comments:**

| | |
|---|---|
| 1 | Other than Wyoming, 49 states are under-represented between 10% (Rhode Island) and 43% (Montana). |
| 2 | Nationwide, 20.4% of Americans (50,792,193 of 248,709,873) were taxed without representation. |
| 3 | 41 of the 50 states, or 96.1% of national population were under-represented by at least 0.5 seat, in a total of 112 seats in the House of Representatives. |
| 4 | Among the 39 states, the top 4 states - CA, TX, NY & FL - were under-represented by 13.6, 8.7, 7.4, and 5.5 seats, respectively. |
| 5 | In the Senate, residents' voting power in the other 49 states are worth as low as 1.5% of those in Wyoming, and supposed to be compensated by the equal representation in the House. |
| 6 | Hence in terms of vote value at the Senate, residents of the top 4 states - CA, TX, NY & FL - are weighted only 1.5%, 2.5%, 2.7% and 3.5% of Wyomingite, respectively. |

## Appendix D

| State-by-State Allocation of Seats in House of Representatives |
| :---: |
| The Nearest Integer Proposal |

Census Data as of 2017:    https://en.wikipedia.org/wiki/List_of_states_and_territories_of_the_United_States_by_population

| | | | | | 44.9% | | | 1.1% | 3,585,339 | 23% |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 325,719,178 | 435 | 744,903 | 579,315 | **-9.3%** | 561 | 126 | **-1.1%** | -3,555,848 | **-33%** |

| Index | State | Population 2017 | # of House Reps Allocated | Population / HouseRep | # of HR By Base Population | Population Tw/oR % | Rounded to the Nearest Integer | # of HR Added | Population / HouseRep | Population Under/Over Representation | Population Under/Over Representation % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | California | 39,536,653 | 53 | 745,975 | 68.25 | 22.3% | 68 | 15 | 581,421 | 143,233 | 0.4% |
| 2 | Texas | 28,304,596 | 36 | 786,239 | 48.86 | 26.3% | 49 | 13 | 577,645 | (81,839) | -0.3% |
| 3 | Florida | 20,984,400 | 27 | 777,200 | 36.22 | 25.5% | 36 | 9 | 582,900 | 129,060 | 0.6% |
| 4 | New York | 19,849,399 | 27 | 735,163 | 34.26 | 21.2% | 34 | 7 | 583,806 | 152,689 | 0.8% |
| 5 | Illinois | 12,802,023 | 18 | 711,224 | 22.10 | 18.5% | 22 | 4 | 581,910 | 57,093 | 0.4% |
| 6 | Pennsylvania | 12,805,537 | 18 | 711,419 | 22.10 | 18.6% | 22 | 4 | 582,070 | 60,607 | 0.5% |
| 7 | Ohio | 11,658,609 | 16 | 728,663 | 20.12 | 20.5% | 20 | 4 | 582,930 | 72,309 | 0.6% |
| 8 | Georgia | 10,429,379 | 14 | 744,956 | 18.00 | 22.2% | 18 | 4 | 579,410 | 1,709 | 0.0% |
| 9 | North Carolina | 10,273,419 | 13 | 790,263 | 17.73 | 26.7% | 18 | 5 | 570,746 | (154,251) | -1.5% |
| 10 | Michigan | 9,962,311 | 14 | 711,594 | 17.20 | 18.6% | 17 | 3 | 586,018 | 113,956 | 1.1% |
| 11 | New Jersey | 9,005,644 | 12 | 750,470 | 15.55 | 22.8% | 16 | 4 | 562,853 | (263,396) | -2.9% |
| 12 | Virginia | 8,470,020 | 11 | 770,002 | 14.62 | 24.8% | 15 | 4 | 564,668 | (219,705) | -2.6% |
| 13 | Washington | 7,405,743 | 10 | 740,574 | 12.78 | 21.8% | 13 | 3 | 569,673 | (125,352) | -1.7% |
| 14 | Arizona | 7,016,270 | 9 | 779,586 | 12.11 | 25.7% | 12 | 3 | 584,689 | 64,490 | 0.9% |
| 15 | Massachusetts | 6,859,819 | 9 | 762,202 | 11.84 | 24.0% | 12 | 3 | 571,652 | (91,961) | -1.3% |
| 16 | Tennessee | 6,715,984 | 9 | 746,220 | 11.59 | 22.4% | 12 | 3 | 559,665 | (235,796) | -3.5% |
| 17 | Indiana | 6,666,818 | 9 | 740,758 | 11.51 | 21.8% | 12 | 3 | 555,568 | (284,962) | -4.3% |
| 18 | Missouri | 6,113,532 | 8 | 764,192 | 10.55 | 24.2% | 11 | 3 | 555,776 | (258,933) | -4.2% |
| 19 | Maryland | 6,052,177 | 8 | 756,522 | 10.45 | 23.4% | 10 | 2 | 605,218 | 259,027 | 4.3% |
| 20 | Wisconsin | 5,795,483 | 8 | 724,435 | 10.00 | 20.0% | 10 | 2 | 579,548 | 2,333 | 0.0% |
| 21 | Colorado | 5,607,154 | 7 | 801,022 | 9.68 | 27.7% | 10 | 3 | 560,715 | (185,996) | -3.3% |
| 22 | Minnesota | 5,576,606 | 8 | 697,076 | 9.63 | 16.9% | 10 | 2 | 557,661 | (216,544) | -3.9% |
| 23 | South Carolina | 5,024,369 | 7 | 717,767 | 8.67 | 19.3% | 9 | 2 | 558,263 | (189,466) | -3.8% |
| 24 | Alabama | 4,874,747 | 7 | 696,392 | 8.41 | 16.8% | 8 | 1 | 609,343 | 240,227 | 4.9% |
| 25 | Louisiana | 4,684,333 | 6 | 780,722 | 8.09 | 25.8% | 8 | 2 | 585,542 | 49,813 | 1.1% |
| 26 | Kentucky | 4,454,189 | 6 | 742,365 | 7.69 | 22.0% | 8 | 2 | 556,774 | (180,331) | -4.0% |
| 27 | Oregon | 4,142,776 | 5 | 828,555 | 7.15 | 30.1% | 7 | 2 | 591,825 | 87,571 | 2.1% |
| 28 | Oklahoma | 3,930,864 | 5 | 786,173 | 6.79 | 26.3% | 7 | 2 | 561,552 | (124,341) | -3.2% |
| 29 | Connecticut | 3,588,184 | 5 | 717,637 | 6.19 | 19.3% | 6 | 1 | 598,031 | 112,294 | 3.1% |
| 30 | Iowa | 3,145,711 | 4 | 786,428 | 5.43 | 26.3% | 5 | 1 | 629,142 | 249,136 | 7.9% |
| 31 | Utah | 3,101,833 | 4 | 775,458 | 5.35 | 25.3% | 5 | 1 | 620,367 | 205,258 | 6.6% |
| 32 | Mississippi | 2,984,100 | 4 | 746,025 | 5.15 | 22.3% | 5 | 1 | 596,820 | 87,525 | 2.9% |
| 33 | Arkansas | 3,004,279 | 4 | 751,070 | 5.19 | 22.9% | 5 | 1 | 600,856 | 107,704 | 3.6% |
| 34 | Nevada | 2,998,039 | 4 | 749,510 | 5.18 | 22.7% | 5 | 1 | 599,608 | 101,464 | 3.4% |
| 35 | Kansas | 2,913,123 | 4 | 728,281 | 5.03 | 20.5% | 5 | 1 | 582,625 | 16,548 | 0.6% |
| 36 | New Mexico | 2,088,070 | 3 | 696,023 | 3.60 | 16.8% | 4 | 1 | 522,018 | (229,190) | -11.0% |
| 37 | Nebraska | 1,920,076 | 3 | 640,025 | 3.31 | 9.5% | 3 | 0 | 640,025 | 182,131 | 9.5% |
| 38 | West Virginia | 1,815,857 | 3 | 605,286 | 3.13 | 4.3% | 3 | 0 | 605,286 | 77,912 | 4.3% |
| 39 | Idaho | 1,716,943 | 2 | 858,472 | 2.96 | 32.5% | 3 | 1 | 572,314 | (21,002) | -1.2% |
| 40 | Hawaii | 1,427,538 | 2 | 713,769 | 2.46 | 18.8% | 2 | 0 | 713,769 | 268,908 | 18.8% |
| 41 | New Hampshire | 1,342,795 | 2 | 671,398 | 2.32 | 13.7% | 2 | 0 | 671,398 | 184,165 | 13.7% |
| 42 | Maine | 1,335,907 | 2 | 667,954 | 2.31 | 13.3% | 2 | 0 | 667,954 | 177,277 | 13.3% |
| 43 | Rhode Island | 1,059,639 | 2 | 529,820 | 1.83 | -9.3% | 2 | 0 | 529,820 | (98,991) | -9.3% |
| 44 | Montana | 1,050,493 | 1 | 1,050,493 | 1.81 | 44.9% | 2 | 1 | 525,247 | (108,137) | -10.3% |
| 45 | Delaware | 961,939 | 1 | 961,939 | 1.66 | 39.8% | 2 | 1 | 480,970 | (196,691) | -20.4% |
| 46 | South Dakota | 869,666 | 1 | 869,666 | 1.50 | 33.4% | 2 | 1 | 434,833 | (288,964) | -33.2% |
| 47 | North Dakota | 755,393 | 1 | 755,393 | 1.30 | 23.3% | 1 | 0 | 755,393 | 176,078 | 23.3% |
| 48 | Alaska | 739,795 | 1 | 739,795 | 1.28 | 21.7% | 1 | 0 | 739,795 | 160,480 | 21.7% |
| 49 | District of Columbia | 693,972 | | | | | | | | | |
| 50 | Vermont | 623,657 | 1 | 623,657 | 1.08 | 7.1% | 1 | 0 | 623,657 | 44,342 | 7.1% |
| 51 | Wyoming | 579,315 | 1 | 579,315 | 1.00 | 0.0% | 1 | 0 | 579,315 | - | 0.0% |

**Comments**

| | |
|---|---|
| 1 | Currently variances in representation range from under 45% to over 9%, clearly neither equitable nor constitutional. |
| 2 | Wyoming has the least population, hence 579,315 is the divisor. |
| 3 | Each state population divides by the divisor. For example, NY opulation (19,849,399)/(579,315)=34.26 |
| 4 | The quotient then rounds to the nearest integer. For example, NY's quotient 34.26 rounds to 34. |
| 5 | Hence NY's number of seats would increase from 27 to 34, then its under-representation by 21.2% would be improved to 0.8%. |
| 6 | This "Nearest Integer" approach will add 126 additional seats a total of 561, reduce under-representation to < 5% for the top 29 populous states. |
| 7 | However, representation for many less populous states remains unfair. For example, North Dakota still under-represented by 23.3%. |
| 8 | Meanwhile, South Dakota goes from under-represented 33.4% to over-represented 33.2%. |
| 9 | Also worth noted, Rhode Island remains over-represented at 9.3%, while Alaska under-represented at 21.7%. |
| 10 | Under this proposal, nationwide 3,585,339 (1.1%) of Americans are under-represented while 3,555,848 (1.1%) over-represented. |
| 11 | Under this proposal, variances in representation range from under 23% to over 33%, clearly still neither equitable nor constitutional. |

# Appendix E

**State-by-State Allocation of Seats in House of Representatives**

**The Nearest Tenth Digit Proposal**

Census Data as of 2017: https://en.wikipedia.org/wiki/List_of_states_and_territories_of_the_United_States_by_population

| Index | State | Population 2017 | # of House Reps Allocated | Population / HouseRep | # of HR By Base Population | Population Tw/oR % | Rounded to the Nearest Tenth Digit | # of Members with 1 Vote | # of Members with 1.1–1.9 Vote | Population / HouseRep | Population Under/Over Representation | Population Under/Over Representation % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 44.9% | 561.1 | 497 | 64.1 | 0.1% | 311,867 | 1.6% |
| | **Total** | 325,719,178 | 435 | 744,903 | 579,315 | -9.3% | 542 | 497 | 45 | -0.1% | -340,308 | -2.4% |
| 1 | California | 39,536,653 | 53 | 745,975 | 68.247 | 22.3% | 68.20 | 67 | 1.2 | 579,716 | 27,310 | 0.1% |
| 2 | Texas | 28,304,596 | 36 | 786,239 | 48.859 | 26.3% | 48.90 | 47 | 1.9 | 578,826 | (23,908) | -0.1% |
| 3 | Florida | 20,984,400 | 27 | 777,200 | 36.223 | 25.5% | 36.20 | 35 | 1.2 | 579,680 | 13,197 | 0.1% |
| 4 | New York | 19,849,399 | 27 | 735,163 | 34.264 | 21.2% | 34.30 | 33 | 1.3 | 578,700 | (21,106) | -0.1% |
| 5 | Illinois | 12,802,023 | 18 | 711,224 | 22.099 | 18.5% | 22.10 | 21 | 1.1 | 579,277 | (839) | 0.0% |
| 6 | Pennsylvania | 12,805,537 | 18 | 711,419 | 22.105 | 18.6% | 22.10 | 21 | 1.1 | 579,436 | 2,676 | 0.0% |
| 7 | Ohio | 11,658,609 | 16 | 728,663 | 20.125 | 20.5% | 20.10 | 19 | 1.1 | 580,030 | 14,378 | 0.1% |
| 8 | Georgia | 10,429,379 | 14 | 744,956 | 18.003 | 22.2% | 18.00 | 18 | 0.0 | 579,410 | 1,709 | 0.0% |
| 9 | North Carolina | 10,273,419 | 13 | 790,263 | 17.734 | 26.7% | 17.70 | 16 | 1.7 | 580,419 | 19,544 | 0.2% |
| 10 | Michigan | 9,962,311 | 14 | 711,594 | 17.197 | 18.6% | 17.20 | 16 | 1.2 | 579,204 | (1,907) | 0.0% |
| 11 | New Jersey | 9,005,644 | 12 | 750,470 | 15.545 | 22.8% | 15.50 | 14 | 1.5 | 581,009 | 26,262 | 0.3% |
| 12 | Virginia | 8,470,020 | 11 | 770,002 | 14.621 | 24.8% | 14.60 | 13 | 1.6 | 580,138 | 12,021 | 0.3% |
| 13 | Washington | 7,405,743 | 10 | 740,574 | 12.784 | 21.8% | 12.80 | 11 | 1.8 | 578,574 | (9,489) | -0.1% |
| 14 | Arizona | 7,016,270 | 9 | 779,586 | 12.111 | 25.7% | 12.10 | 11 | 1.1 | 579,857 | 6,559 | 0.1% |
| 15 | Massachusetts | 6,859,819 | 9 | 762,202 | 11.841 | 24.0% | 11.80 | 10 | 1.8 | 581,341 | 23,902 | 0.3% |
| 16 | Tennessee | 6,715,984 | 9 | 746,220 | 11.593 | 22.4% | 11.60 | 10 | 1.6 | 578,964 | (4,070) | -0.1% |
| 17 | Indiana | 6,666,818 | 9 | 740,758 | 11.508 | 21.8% | 11.50 | 10 | 1.5 | 579,723 | 4,696 | 0.1% |
| 18 | Missouri | 6,113,532 | 8 | 764,192 | 10.553 | 24.2% | 10.60 | 9 | 1.6 | 576,748 | (27,207) | -0.4% |
| 19 | Maryland | 6,052,177 | 8 | 756,522 | 10.447 | 23.4% | 10.40 | 9 | 1.4 | 581,940 | 27,301 | 0.5% |
| 20 | Wisconsin | 5,795,483 | 8 | 724,435 | 10.004 | 20.0% | 10.00 | 10 | 0.0 | 579,548 | 2,333 | 0.0% |
| 21 | Colorado | 5,607,154 | 7 | 801,022 | 9.679 | 27.7% | 9.70 | 8 | 1.7 | 578,057 | (12,202) | -0.3% |
| 22 | Minnesota | 5,576,606 | 8 | 697,076 | 9.626 | 16.9% | 9.60 | 8 | 1.6 | 580,896 | 15,182 | 0.3% |
| 23 | South Carolina | 5,024,369 | 7 | 717,767 | 8.673 | 19.3% | 8.70 | 7 | 1.7 | 577,514 | (15,672) | -0.3% |
| 24 | Alabama | 4,874,747 | 7 | 696,392 | 8.415 | 16.8% | 8.40 | 7 | 1.4 | 580,327 | 8,501 | 0.2% |
| 25 | Louisiana | 4,684,333 | 6 | 780,722 | 8.086 | 25.8% | 8.10 | 7 | 1.1 | 578,313 | (8,119) | -0.3% |
| 26 | Kentucky | 4,454,189 | 6 | 742,365 | 7.689 | 22.0% | 7.70 | 6 | 1.7 | 578,466 | (6,537) | -0.1% |
| 27 | Oregon | 4,142,776 | 5 | 828,555 | 7.151 | 30.1% | 7.20 | 6 | 1.2 | 575,386 | (28,292) | -0.7% |
| 28 | Oklahoma | 3,930,864 | 5 | 786,173 | 6.785 | 26.3% | 6.80 | 5 | 1.8 | 578,068 | (8,478) | -0.2% |
| 29 | Connecticut | 3,588,184 | 5 | 717,637 | 6.194 | 19.3% | 6.20 | 5 | 1.2 | 578,739 | (3,569) | -0.1% |
| 30 | Iowa | 3,145,711 | 4 | 786,428 | 5.430 | 26.3% | 5.40 | 4 | 1.4 | 582,539 | 17,410 | 0.6% |
| 31 | Utah | 3,101,833 | 4 | 775,458 | 5.354 | 25.3% | 5.40 | 4 | 1.4 | 574,414 | (26,468) | -0.9% |
| 32 | Mississippi | 2,984,100 | 4 | 746,025 | 5.151 | 22.3% | 5.20 | 4 | 1.2 | 573,865 | (28,338) | -0.9% |
| 33 | Arkansas | 3,004,279 | 4 | 751,070 | 5.186 | 22.9% | 5.20 | 4 | 1.2 | 577,746 | (8,159) | -0.2% |
| 34 | Nevada | 2,998,039 | 4 | 749,510 | 5.175 | 22.7% | 5.20 | 4 | 1.2 | 576,546 | (14,399) | -0.5% |
| 35 | Kansas | 2,913,123 | 4 | 728,281 | 5.029 | 20.5% | 5.00 | 5 | 0.0 | 582,625 | 16,548 | 0.6% |
| 36 | New Mexico | 2,088,070 | 3 | 696,023 | 3.604 | 16.8% | 3.60 | 2 | 1.6 | 580,019 | 2,536 | 0.1% |
| 37 | Nebraska | 1,920,076 | 3 | 640,025 | 3.314 | 9.5% | 3.30 | 2 | 1.3 | 581,841 | 8,337 | 0.4% |
| 38 | West Virginia | 1,815,857 | 3 | 605,286 | 3.134 | 4.3% | 3.10 | 2 | 1.1 | 585,760 | 19,981 | 1.1% |
| 39 | Idaho | 1,716,943 | 2 | 858,472 | 2.964 | 32.5% | 3.00 | 3 | 0.0 | 572,314 | (21,002) | -1.2% |
| 40 | Hawaii | 1,427,538 | 2 | 713,769 | 2.464 | 18.8% | 2.50 | 1 | 1.5 | 571,015 | (20,750) | -1.5% |
| 41 | New Hampshire | 1,342,795 | 2 | 671,398 | 2.318 | 13.7% | 2.30 | 1 | 1.3 | 583,824 | 10,371 | 0.3% |
| 42 | Maine | 1,335,907 | 2 | 667,954 | 2.306 | 13.3% | 2.30 | 1 | 1.3 | 580,829 | 3,483 | 0.3% |
| 43 | Rhode Island | 1,059,639 | 2 | 529,820 | 1.829 | -9.3% | 1.80 | 0 | 1.8 | 588,688 | 16,872 | 1.6% |
| 44 | Montana | 1,050,493 | 1 | 1,050,493 | 1.813 | 44.9% | 1.80 | 0 | 1.8 | 583,607 | 7,726 | 0.7% |
| 45 | Delaware | 961,939 | 1 | 961,939 | 1.660 | 39.8% | 1.70 | 0 | 1.7 | 565,846 | (22,897) | -2.4% |
| 46 | South Dakota | 869,666 | 1 | 869,666 | 1.501 | 33.4% | 1.50 | 0 | 1.5 | 579,777 | 694 | 0.1% |
| 47 | North Dakota | 755,393 | 1 | 755,393 | 1.304 | 23.3% | 1.30 | 0 | 1.3 | 581,072 | 2,284 | 0.3% |
| 48 | Alaska | 739,795 | 1 | 739,795 | 1.277 | 21.7% | 1.30 | 0 | 1.3 | 569,073 | (13,315) | -1.8% |
| 49 | District of Columbia | 693,972 | | | | | | | | | | |
| 50 | Vermont | 623,657 | 1 | 623,657 | 1.077 | 7.1% | 1.10 | 0 | 1.1 | 566,961 | (13,590) | -2.2% |
| 51 | Wyoming | 579,315 | 1 | 579,315 | 1.000 | 0.0% | 1.00 | 1 | 0.0 | 579,315 | - | 0.0% |

**Comments**

1. Wyoming has the least population, hence 579,315 is the divisor.
2. Each state population divides by the divisor. For example, NY population (19,849,399) / (579,315) = 34.264.
3. The quotient rounds to the nearest tenth digit. For example, NY's quotient 34.264 rounds to 34.3
4. NY's number of seats increases from currently 27 to 34.3, i.e. 33 members have 1 vote each, the 34th member has a vote of 1.3 from a larger district.
5. Under this proposal, all significant unequal representations remained in the first proposal are practically resolved.
6. Montana from under 44.9% to under 0.7%, North Dakota from under 23.3% to under 0.3%, Alaska from under 21.7% to under over 1.8%.
7. South Dakota from under 33.4% to under 0.1%, while Rhode Island from over 9.3% to under 1.6%.
8. Under this proposal, only 107 additional members will be added to the current 435-body.
9. The 542 members will have a total vote of "561.1" with "280.6" being the simple majority.
10. Among the 542 members, 497 have 1 vote each, and 45 have a vote of 1.1 to 1.9, representing a larger district from one of the big cities in each state
11. Under this proposal, nationwide 311,867 (0.1%) of Americans are under-represented while 340,308 (0.1%) over-represented.
12. Under this proposal, the variance of representation ranges from under 1.6% to over 2.4%, within +/-3%, a near precision.