```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EQUAL VOTE AMERICA CORP., LEWIS
Y. LIU,
                      Plaintiffs,
    -against-

19 CIVIL 311 (CM)

## JUDGMENT

CONGRESS; NANCY PELOSI, in her official
capacity as the Speaker of the House of the
Representatives; KEVIN MCCARTHY, in his
official capacity as the Minority Leader of the
House; MITCH McCONNELL, in his official
capacity as the Senate Majority Leader; and
CHARLES (CHUCK) SCHUMER, in his
official capacity as the Senate Minority Leader,
                      Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 3, 2019, Defendants' Motion to Dismiss is GRANTED in full, and with prejudice. Plaintiffs' Motion to Amend is DENIED.

**Dated:** New York, New York
         September 4, 2019

                                                            RUBY J. KRAJICK
                                                               Clerk of Court
                           BY:
                                                                *Deputy Clerk*