# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Equal Vote America Corp., Lewis Y. LIU

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 00311 ( CM )( )

-against-

**NOTICE OF APPEAL**

Congress, Nancy Pelosi, Kevin McCarthy,

Mitch McConnell, and Charles Schumer

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: The Plaintiff Pro Se - Lewis Y. LIU

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: 09/04/2019

(date that judgment or order was entered on docket)

that:

That for the reasons stated in the Court's Memorandum Decision and Order dated September 3, 2019, Defendants' Motion to Dismiss is GRANTED in full, and with prejudice. Plaintiffs' Motion to Amend is DENIED.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

09/23/2019
Dated

Lewis Y. Liu
Signature*

LIU, Lewis Y.
Name (Last, First, MI)

98 Mott Street, Suite 609, New York, NY 10013
Address / City / State / Zip Code

347-237-0192
Telephone Number

lewisliu@equalvoteamerica.com
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

```
Court Name: District Court
Division: 1
Receipt Number: 465401244702
Cashier ID: Jkramer
Transaction Date: 09/23/2019
Payer Name: LEWIS Y LIU

NOTICE OF APPEAL/DOCKETING FEE
 For: LEWIS Y LIU
 Amount:         $505.00

CHECK
 Check/Money Order Num: 212
 Amt Tendered:   $505.00

Total Due:        $505.00
Total Tendered:   $505.00
Change Amt:       $0.00

19CV0311
```

 United States District Court
Southern District of New York
*Pro Se Office*



# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Equal Vote America Corp., Lewis Y. LIU v. Congress, Nancy Pelosi, Kevin McCarthy, Mitch McConnell, Charles Schumer 19-cv-00311

Equal Vote America Corp., Lewis Y. LIU v. Nancy Pelosi, Kevin McCarthy, Mitch McConnell, Charles Schumer, Donald J. Trump 19-cv-00777

Equal Vote America Corp., Lewis Y. LIU v. Mitch McConnell, Charles Grassley 19-cv-08178

LIU, Lewis Y.
Name (Last, First, MI)

98 Mott Street, Suite 609, New York, NY 10013

| Address | City | State | Zip Code |
|---|---|---|---|

347-237-0192                                   lewisliu@equalvoteamerica.com

Telephone Number                    E-mail Address

09/23/2019                                        Lewis Y. Liu
Date                                                   Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 SEP 23 PM 12: 40

Lewis Y. Liu

Plaintiff(s),

-against-

Congress, Nancy Pelosi, Kevin McCarthy,

Mitch McConnell, and Charles Schumer

Defendant(s).

Docket No: __19__ CV _00311_( CM )( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☒ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

LIU, Lewis Y.

☒ Plaintiff
☐ Defendant

**Name (Last, First, MI)**

98 Mott Street, Suite 609, New York, NY 10013

| Address | City | State | Zip Code |
|---------|------|-------|----------|

347-237-0192                           lewisliu@equalvoteamerica.com

**Telephone Number**                   **e-mail address**

09/23/2019                             Lewis Y. Liu   [signature]

**Date**                               **Signature**